FILED

**THIS IS A CIVIL RIGHTS ACTION
UNDER TITLE 42 U.S.C. SECTION 1983 CIVIL RIGHTS ACT** 2021 MAY 3  PM 3: 14

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA DIVISION
ORLANDO, FLORIDA

CIVIL DIVISION
CASE NO.:___ 6:21 - cv - 774 - CEM - GJK
To be applied
**JURY TRIAL DEMANDED**

CHRISTOPHER TERRY SHORTER,
　　　　Plaintiff,

-V-

The UNIVERSITY OF FLORIDA, a State University. J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC'S, a State Florida. SHANDS TEACHING HOSPITAL AND CLINIC'S INC., A Private Corporation and State Trainee Operator/Controller. VOCATIONAL REHABILITATION DEPARTMENT UNIVERSITY OF FLORIDA, A State funding agency. UNKNOWN, President University of Florida, Policy Maker of the University of Florida/Operator and controller of J.Hillis Miller Health Center University of Florida Colleges of Medicine. UNKNOWN, Director Board of Regents. UNKNOWN, director J.Hillis Miller. UNKNOWN, Hospital Administrator SHANDS TEACHING HOSPITAL AND CLINIC'S, and UNKNOWN, Director SHANDS TEACHING HOSPITAL AND CLINIC'S INC  also operators and Controllers of J. Hillis Miller Health Center University of Florida Colleges of Medicine/SHANDS TEACHING HOSPITAL AND CLINIC'S. UNKNOWN, Record Custodian Supervisor. UNKNOWN, Assistant Record Custodian. DAVID M. DRYLIE Professor/Supervisor/Surgeon. BIRDWELL FINLAYSON, Professor/Supervisor/Surgeon. MICHEAL A. DENNIS, Professor/Supervisor/Surgeon. JAMES MENGAS, Professor/Supervisor/Surgeon. ONE UNKNOWN STATE DOCTOR, Professor/Specialist. CONSTANA E. SPANGLER, Nurse. L. TATE, Nurse. C. HENSON, Nurse. J. KAMMA, Tech. ___. Depadua, Tech. ___. Mankoff, Tech. DAVID SHAFFER, Financial Aid agent, Vocational Rehabilitation Department University of Florida. UNKNOWN Operator/Controller, Vocational Rehabilitation Department University of Florida. Unknown Record Custodian Supervisor, Vocational Rehabilitation Department University of Florida. Unknown Assistant Record Custodian, Vocational Rehabilitation Department University of Florida. The DEPARTMENT OF THE ARMY DISTRICT RECRUITING COMMAND OFFICE. The U.S. MILITARY ENTRANCE PROCESSING STATION. The U.S. ARMY RECRUITER OFFICE GAINESVILLE FLORIDA. UNKNOWN, Commandant U.S. Military Entrance Processing Station. SAM C. ATKINSON, Inspection Physical Doctor U.S. Military Entrance Processing Station.  J. C. HACKENBERG, Inspection Physical doctor, U.S. Military Entrance Processing Station. UNKNOWN, C.I.D. Investigator #1, U.S. Military Entrance Processing Station. UNKNOWN, C.I.D. Investigator #2, U.S. Military Entrance Processing Station. W.I. Hugyhe, Document Examiner, U.S. Military Entrance Processing Station. UNKNOWN, Assistant Document Examiner, U.S. Military Entrance Processing Station. UNKNOWN, Record Custodian Supervisor, U.S. Military Entrance Processing Station. UNKNOWN, Assistant Record Custodian, U.S. Military Entrance Processing Station. Major DENNIS V. WILLIAMS, U.S. Army Commandant U.S. Army Entry Station inside the U.S. Military Entrance Processing Station.  U.S. Army Sergeant ___. PAYNE, at the U.S. Army Entry Station inside the U.S. Military Entrance Processing Station. UNKNOWN C.I.D Investigator #1 U.S. Army Entry Station inside the U.S. Military Entrance Processing Station. UNKNOWN, C.I.D. Investigator #2 U.S. Army Entry Station inside the U.S. Military Entrance Processing Station. UNKNOWN, Record Custodian Supervisor U.S. Army Entry Station inside the U.S. Military Entrance processing Station. UNKNOWN, Assistant Record Custodian U.S. Army Entry Station inside the U.S. Military Entrance Processing Station. KENNETH E. DELL, Department of the Army District Recruiting Command Office. UNKNOWN, Commandant Department of the Army District Recruiting Command Office. UNKNOWN, U.S. Army C.I.D. Investigator # 1, Department of the Army District Recruiting Command Office. UNKNOWN, U.S. Army C.I.D. Investigator #2, Department of the Army District Recruiting Command Office. UNKNOWN, Record Custodian Supervisor Department of the Army District Recruiting Command Office. SERGEANT KERMIT E. GRAY, U.S. Army Liaison Officer U.S. Army Recruiter Office Gainesville, Florida. UNKNOWN Commandant, U.S. Army Recruiter Office Gainesville, Florida. And many more unknown current State, Private, U.S. Army and U.S. Military individual Policy makers, Operator/Controllers, Supervisors, Commandants, Officers, Officials, C.I.D Investigators; Record Custodians; Document examiners;  Doctors; and unknown subordinates and higher ups in Georgia, South Carolina and Illinois

DEFENDANT(S).

_____/

# S W O R N   C O M P L A I N T

## Introduction:

1.) This is a CIVIL RIGHTS ACTION filed by CHRISTOPHER TERRY SHORTER.  A Illegally seized Private Citizen. Seeking compensatory damages. Punitive damages. Declaratory judgment and injunctive relief. Under the First, Fourth, Fifth, Eight, and Fourteenth Amendments to the United States Constitution; Title 42 U.S.C. Section 1983, 1985(2), 1985(3) and Title 42 U.S.C. Section 1988. Against all of the above named and unknown individual defendants as Medical Researchers and as Medical Research Co-Conspirators. In their own Official capacities and in their own individual capacities, and against The University of Florida. The University Hospital (J.HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC'S) the VOCATIONAL REHABILITATION DEPARTMENT UNIVERSITY OF FLORIDA, the Private Corporation SHANDS TEACHING HOSPITAL AND CLINIC'S INC. The U.S. MILITARY ENTRANCE PROCESSING STATION.  The DEPARTMENT OF THE ARMY DISTRICT RECRUITING COMMAND OFFICE And The U.S. ARMY RECRUITER OFFICE GAINESVILLE FLORIDA.  Jurisdiction is based upon Title 28 U.S.C. Section() 1331; 1343;  and the pendant jurisdiction of this honorable Court to hear State Law claims.

**(1 of 21)**

1

**THE PARTIES:**

2.) Plaintiff: **CHRISTOPHER TERRY SHORTER** a Private Citizen of Full age. Was at all material times a resident of Gainesville, Florida. This Private Citizen became a NONRECRUITABLE Private Citizen on <u>December 16, 1978.</u>

3.) STATE Defendant Medical Research <u>Entities</u> and Individual Medical Research participants and Co-conspirators:
The **UNIVERSITY OF FLORIDA**, Gainesville, Florida; J.HILLIS MILLER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC'S; the VOCATIONAL REHABILITATION DEPARTMENT UNIVERSITY OF FLORIDA, UNKNOWN, President University of Florida/Operator and controller; UNKNOWN, Director Board of Regents/Operator and Controller; UNKNOWN, director J. Hillis Miller Health Center University of Florida Colleges of Medicine, Operator and Controller. UNKNOWN, Hospital Administrator SHANDS TEACHING HOSPITAL AND CLINIC,S Operator and controller. SHANDS TEACHING HOSPITAL AND CLINIC'S INC, a Private Corporation. UNKNOWN, Director SHANDS TEACHING HOSPITAL AND CLINIC'S INC. DAVID SHAFFER, Financial Aid agent, Vocational Rehabilitation Department University of Florida; UNKNOWN, Operator/Controller, Vocational Rehabilitation Department University of Florida; Unknown Record Custodian Supervisor, Vocational Rehabilitation Department University of Florida; Unknown Assistant Record Custodian, Vocational Rehabilitation Department University of Florida; UNKNOWN , Record Custodian Supervisor; UNKNOWN, Assistant Record Custodian; DAVID M. DRYLIE, Professor/*Supervising Head overseer of experiment*/Surgeon; BIRDWELL FINLAYSON, Professor/Supervisor/Surgeon; MICHEAL A. DENNIS, Professor/Supervisor/Surgeon; JAMES MENGAS, Professor/Supervisor/Surgeon; ONE UNKNOWN STATE DOCTOR, Professor/Specialist; CONSTANA E. SPANGLER, Nurse; L. TATE, Nurse; C. HENSON, Nurse; J. KAMMA, Tech; __. Depadua, Tech; __. Mankoff, Tech; and One unknown Orderly. Defendants' were at all times relevant to this complaint duly appointed and acting officials at the University of Florida in Gainesville, Florida, acting under color of law; to wit under the Statues; ordinances; regulations; policies; customs and usage of the State of Florida and the University of Florida.
ADDRESS: **1600 S.W. Archer Road**
    **GAINESVILLE, FLORIDA  32608**
4.) In 1978 the above defendant J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE / SHANDS TEACHING HOSPITAL AND CLINIC'S in Gainesville, Florida  was a hospital ran by the State that specialized in *the development and teaching of Medical procedures and medical treatments not found anywhere else in the United States of America*. Defendant(s) UNKNOWN President of the University of Florida. Defendant Unknown Director of the board of Regents for the University of Florida. Defendant Unknown Director of J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE, and defendant Unknown Hospital Administrator at the SHANDS TEACHING HOSPITAL AND CLINIC'S portion of the Colleges of Medicine was the Operator/Controllers of this State Hospital.
In 1978 defendant  J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE / SHANDS TEACHING HOSPITAL AND CLINIC'S in Gainesville, Florida. Was actively engaged in a **"STATE"** training program to train a <u>Private Contractor</u> to operate the hospital and the ancillary healthcare facilities to make SHANDS TEACHING HOSPITAL AND CLINIC'S autonomous and a self-sufficient entity one not primarily acting as an instrumentality on behalf of the State.
Defendants' " SHANDS TEACHING HOSPTAL AND CLINIC'S INC and defendant Unknown Director of the Private Corporation SHANDS TEACHING HOSPITAL AND CLINIC'S INC " was the <u>State trainee</u> Private Contractors.
Defendant(s) UNKNOWN President of the University of Florida. Defendant Unknown Director of the board of Regents for the University of Florida. Defendant Unknown Director of J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE, and defendant Unknown Hospital Administrator at the SHANDS TEACHING HOSPITAL AND CLINIC'S portion of this University hospital was the  *Supervisors and Trainers* of the above **STATE TRAINEE'S**.
During this **STATE TRAINING PROGRAM** The above Policy maker(s) and operator/controller of J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC in Gainesville Florida. Defendant Unknown President University of Florida. Defendant Unknown Director of J. HILLIS MILLER HEALTH CENTER.  Defendant UNKNOWN director of the board of Regents' for the University of Florida. Defendant Unknown Hospital Administrator of the SHANDS TEACHING HOSPITAL AND CLINIC'S portion of J.Hillis Miller and Defendant UNKNOWN director of the Private Corporation SHANDS TEACHING HOSPITAL AND CLINIC INC.  Were all secretly a part of a secret Medical Research Group gathered to ascertain whether the "PROFESSORS" at the University of Florida Colleges of Medicine could develop a Corrective Medical Procedure to Lower undescended testicles into the scrotum sack where they belonged. To resolve a U.S. Military Recruiting problem.  <u>On behalf of the below U.S. Military Individual Medical Research Entities  and individual Medical Research defendants.</u> The above Defendant **STATE Policymakers and Operator/Controllers** collectively arranged the Clandestine Human Experiments, Arranged  Funding for the Clandestine Human Experiments. Provided the site location for the Clandestine Human Experiments. And provided the personnel to conduct the Clandestine Human Experiments.

5.) U.S. Military Defendant  Medical Research Entities and individual Medical Research participants and Co-conspirators:
**A.) DEPARTMENT OF THE ARMY DISTRICT RECRUITING COMMAND OFFICE, JACKSONVILLE, FLORIDA; KENNETH E. DELL,** Department of the Army District Recruiting Command Office. UNKNOWN,COMMANDANT, Department of the Army District Recruiting Command Office. UNKNOWN, U.S. Army C.I.D. Investigator # 1, Department of the Army District Recruiting Command Office. UNKNOWN, U.S. Army C.I.D. Investigator #2, Department of the Army District Recruiting Command Office. UNKNOWN, U.S. Army Document examiner #1, Department of the Army District Recruiting Command Offic.; UNKNOWN, U.S. Army Document examiner #2, Department of the Army District Recruiting Command Office. UNKNOWN, Record Custodian Supervisor, Department of the Army District Recruiting Command Office. UNKNOWN, Assistant Record Custodian, Department of the Army District Recruiting Command Office. Defendants' were at all times relevant to this complaint duly appointed and acting officials at the Department of the Army District Command Office in Jacksonville, Florida, acting under color of law; to wit under the Statues; ordinances; regulations; policies; customs and usage of the U.S. Military and the U.S. Army.
ADDRESS: _____ Carmichael Avenue
    Jacksonville, Florida
**B.) (1): U.S. MILITARY ENTRANCE PROCESSING STATION, JACKSONVILLE FLORIDA;** Defendant Unknown commandant U.S. Military Entrance Processing Station. Defendant Sam C. Atkinson and J.C. Hackenberg U.S. Military Entrance Processing Station Inspection Physical Doctors. Defendant Unknown Record Custodian Supervisor. Defendant Unknown Assistant Record Custodian. Defendant W. I. Hughe Document Examiner.

Defendant Unknown Assistant Document examiner, and defendant(s) Unknown C.I.D. Investigators 1 and 2. At the U.S. Military Entrance Processing Station.

**B.) (2):** Defendant Major Dennis V. Williams Commandant U.S. Army Entry Station inside the U.S. Military Entrance Processing station. Defendant Sergeant ____. Payne U.S. Army Entry Station. Defendant Unknown Record custodian Supervisor U.S. Army Entry Station. Defendant Unknown Assistant Record Custodian U.S. Army Entry Station, and Defendant(s) Unknown C.I.D. Investigators One and two U.S. Army Entry Station.

Defendants' were at all times relevant to this complaint duly appointed and acting officials at the U.S. Military Entrance Processing Station in Jacksonville, Florida, acting under color of law; to wit under the Statues; ordinances; regulations; policies; customs and usage of the U.S. Military and the U.S. Army.

New ADDRESS: **7178 BAYMEADOWS WAY**
            **Jacksonville, Florida 32256**

**C.)** U.S. ARMY RECRUITER OFFICE, GAINESVILLE, FLORIDA; SERGEANT KERMIT E. GRAY, U.S. Army Liaison Officer U.S. Army Recruiter Office Gainesville, Florida; UNKNOWN, COMMANDANT, U.S. Army Recruiter Office Gainesville, Florida; UNKNOWN, Record Custodian Supervisor, U.S. Army Recruiter Office Gainesville, Florida; UNKNOWN, Assistant Record Custodian, U.S. Army Recruiter Office Gainesville, Florida; Defendants' were at all times relevant to this complaint duly appointed and acting officials at the U.S. Army Recruiter Office in Gainesville, Florida, Florida, acting under color of law; to wit under the Statues; ordinances; regulations; policies; customs and usage of the U.S. Military and the U.S. Army.

New ADDRESS: **3842 W. NEWBERRY ROAD # 1  ROYAL PARK PLAZA**
            **Gainesville, Florida 32607**

**6.)** In 1978 at the United States Military Entrance Processing Station on Phillips Highway in Jacksonville, Florida. Under colors of law. The above U.S. Military and U.S. Army individual Medical Research Entities, Their individual Policymakers, Their individual Medical Researchers and their individual Medical Research Co-conspirators. Did individually and collectively supplied the University with the HUMAN TEST SUBJECTS needed for the above GAINESVILLE FLORIDA Secret Human Experiment(s) being conducted at the University of Florida to ascertain whether the Professors at the University of Florida Colleges of Medicine could develop a Corrective Medical Procedure to lower undescended testicles into the scrotum sack where they belonged.

**A ACTIVE**
**C O M P L A I N T**

**7.)** It is avered that unbeknownst this Plaintiff. On December 16, 1978 this Private Citizen could not be Recruited at all by any Branch of the U.S. Military after he was mandatorily ejected due to then existing Mandatory U.S. Military Policies.

**8.)** It is avered that **the above** U.S. Military Medical Research Entities and their U.S. Medical Research Co-conspirators intentionally illegally Stopped and Seized this Nonrecruitible Private Citizen person and continued to illegally seized this Nonrecruitible private citizen person for 850 days. This Nonrecruitible Private Citizen was seriously injured during that 850 day illegal seizure. By defendant STATE MEDICAL RESEARCH Co-conspirators.

**9.)** It is avered that On December 16, 1978 the above U.S. Military Medical Research Entities and their U.S. Military Medical Research Co-conspirators intentionally illegally stopped and seized this nonrecruitible Private Citizen person inside the U.S. Military Entrance Processing Station on Phillips Highway in Jacksonville Florida. After this Nonrecruitible Private Citizen had already been mandatorily ejected from the U.S. Military due to having a undescended left testicle. Without probable cause, without a legal cause or a legal excuse.

**10.)** It is avered that day for day from December 16, 1978 up to and after April 28, 2021. Each of the above State, Private, U.S. Army and U.S. Military Medical Research Entities, their individual Policymakers, their individual Medical Research Participants and Co-conspirators. (Past and Present) have **daily** continuously engaged in an ongoing continuing Conspiracy to deprive this Nonrecruitible Private Citizen of his Constitutional rights. By actively participating in an ongoing continuing Outrageous Fraudulent scheme to use "R U S E S  A N D  P R O P S". Too purposefully and intentionally conceal and cover-up that December 16, 1978 intentional illegal stop and seizure of this Nonrecruitible Private Citizen person inside the U.S. Military Entrance Processing Station on Phillips Highway in Jacksonville Florida. Their continuous 850 day illegal seizure of this Nonrecruitible Private Citizen person against his will and the resulting serious continuing injuries and damages inflicted upon this Nonrecruitible Private Citizen person during that 850 day illegal seizure at the hands of the STATES AGENTS at the University of Florida. These ongoing continuing Outrageous fraudulent acts have continuously violated this Nonrecruitible Private Citizen 1st , 4th, 5th, 8th, and 14th Amendment Constitutional Rights and Title 42 U.S.C. Section 1983. Day for day. From December 16, 1978 up to and after April 28, 2021.

**11.)** It is avered that defendant(s) perpetuated an Intentional Fraud upon this Private Citizen and an intentional battery upon this Private Citizen person during said 850 day illegal seizure.

**12.)** This illegally seized Non Recruitible Private Citizen further contend and aver that these violations and torts were committed. As a result of the policies, practices and customs in usage from December 16, 1978 up to and after April 28, 2021, At the University of Florida. At J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC'S, at the VOCATIONAL REHABILITATION DEPARTMENT UNIVERSITY OF FLORIDA, at Shands Teaching Hospital and Clinic's Inc., at The DEPARTMENT OF THE ARMY DISTRICT RECRUITING COMMAND OFFICE. At U.S. MILITARY ENTRANCE PROCESSING STATION.  And at U.S. ARMY RECRUITER OFFICE GAINESVILLE FLORIDA.

**F A C T S: Part (A)**

**The ILLEGAL STOP AND SEIZURE**

**13.)** At all times relevant to this Complaint all defendants were U.S. Military Medical Researchers and U.S. Military Medical Research co-conspirators. The defendants have individually and collectively continuously concealed that fact from this Nonrecruitible Private Citizen and all outsiders. Day for day. From December 16, 1978 up to and after April 28, 2021.

**14.)** Unbeknownst to this Private Citizen. There existed no U.S. Military officials or U.S. Military doctors within the U.S. Military Medical Community. Whom was qualified to provide MEDICAL ADVICE or MEDICAL TREATMENT for a undescended testicle. Because there existed no known treatment for an Undescended testicle within the U.S. Military Medical Community in 1978.

**15.)** In 1978 It was the mandatory U.S. Military Policy to immediately <u>elect from the U.S. Military any and all Recruited Soldiers found to have an undescended testicle during their inspection physical for their induction into the U.S. Military</u>. No matter which branch of the U.S. Military. Recruited said Soldier.
This U.S. Military policy mandatorily required all Branches of the U.S. Military whom recruited a Soldier with an undescended testicle. To release that Recruited Soldier from his U. S. Military Enlistment Contract he signed immediately. Afterwards. That Recruited Soldiers is returned to his "PRIVATE CITIZEN STATUS" and <u>cannot ever</u> be recruited again by any Branch of the U.S. Military. Period.
This U.S. Military Policy required all Branches of the U.S. Military to then, send that PRIVATE CITIZEN back home.
The purpose of this mandatory U.S. Military Policy is to save lives. Because due to the natural location and position of an undescended testicle it is vulnerable to sudden and quick kicks, punches and strikes that can cripple a soldier on the battlefield and cost him his life.
Therefore, the U.S. Military mandatorily required all Branches of the U.S. Military to release these recruited soldiers from their U.S. Military enlistment contracts they signed and send them home because as a Private Citizen these "guys" can live-out a normal life with their undescended testicle. So these guys were thereafter **"NONRECRUITIBLE".**

**16.)** On December 16, 1978 this **18 year old Nonrecruitible Private Citizen.** Was at the United States Military Entrance Processing Station on Phillips Highway in Jacksonville Florida. Inside a waiting room with others. Waiting to go home. After being mandatorily ejected from the U.S. Military due to having an undescended **left** testicle. Pursuant to the above U.S. Military Mandatory Ejection Policy.

**17.)** On December 16, 1978. **Defendants' SAM C. ATKINSON and J.C. HACKENBERG onsite U.S. Military Medical Research Co-conspirators** inside the U.S. Military Entrance processing Station on Phillips Highway in Jacksonville, Florida. Intentionally illegally stopped this Nonrecruitible Private Citizen from going home. After this Nonrecruitible Private Citizen legal had already been mandatorily ejected from the U.S. Military due to having a undescended left testicle. Without probable cause, without a legal cause or a legal excuse.

**18.)** On December 16, 1978. **Defendants' SAM C. ATKINSON and J.C. HACKENBERG onsite U.S. Military Medical Research Co-conspirators** inside the U.S. Military Entrance processing Station on Phillips Highway in Jacksonville, Florida. Had this nonrecruitible Private Citizen **seized and taken** to the United States Army Entry Station inside the U.S. Military Entrance Processing Station. **Where** inside the U.S. Army Entry Station. Defendant U.S. Army Entry Station Sergeant ___. Payne and defendants Sam C. Atkinson and J.C. Hackenberg U.S. Military Inspection Physical doctors intentionally continuously concealed their identity as U.S. Military Medical Researchers and U.S. Military Medical Research co-conspirators. From this 18 year old Nonrecruitible Private Citizen. Too use the below Fake llinois and to implement, facilitate and perpetuate a looming Outrageous Fraudulent Scheme:

- ( FAKE PORPOSAL):
"On December 16, 1978. These three defendants Falsely boasted and falsely <u>represented</u> to this Private Citizen under colors of law. That there existed a routine corrective medical procedure that could lower this Private Citizen undescended left testicle into the scrotum sack where it belonged, and that would make this Private Citizen qualified for enlistment in the U.S. Army today. And that the U.S. Army would accept this Private Citizen for enlistment in the U.S. Army today. If this Private Citizen made an agreement with them, to undergo that corrective medical procedure today".

**19.)** Covertly. Defendants collectively and intentionally used that **FAKE PORPOSAL** to <u>unlawfully continue to seize</u> this Nonrecruitible Private Citizen person. For uses as a Unwitting Human Test Subject for their ongoing Gainesville Florida Secret Human Experiments being conducted at the University of Florida. To ascertain whether the professors at the Colleges of Medicine could develop a corrective medical procedure to lower undescended testicles into the scrotum sack where they belonged. Solely for the U.S. Military benefit. Without this Nonrecruitible Private Citizen knowledge or informed consent.

**20.)** On December 16, 1978 this 18 year old Nonrecruitible Private Citizen did personally **signed two different agreements** to undergo the **C**orrective **M**edical **P**rocedure to lower undescended testicles into the scrotum sack where they belonged.

**21.)** On December 16, 1978 defendant U.S. Military Entrance Processing Station inspection physical doctors and defendant U.S. Army Entry Station Sergeant gave this 18 year old Nonrecrutible Private Citizen those two different Fake agreements to sign. One from the U.S. Military Entrance Processing Station inspection physical department and one from the U.S. Army Entry Station. Solely to implement, facilitate and perpetuate the below ongoing continuing outrageous Fraudulent Scheme under colors of law. With the specific intent to continuously deprive this Private Citizen of his fundamental substantive and procedural due process rights, privileges and immunities secured under the United States Constitution.

**FACTS; Part (B)**
**The Outrageous Fraudulent Scheme under colors of law**

**R U S E S  # 1:**

**22.)** Under the guise this Nonrecruitible Private Citizen was a U.S. Military Soldier about to receive the necessary Corrective Medical Treatment needed to enable this Nonrecruitible Private Citizen pass a future U.S. Military Inspection Physical for his induction into the U.S. Military the defendants secretly deployed **Prop # 1**. On December 16, 1978. The above State, Private, U.S. Army and U.S. Military individual Defendant Medical Research entities and individual Defendant Medical Research Policymakers, Operator/Controllers, Supervisors, Commandants, Officers, Officials, Sergeants, Investigators, Record Custodians, Doctors, Nurses, Professors, orderlies and subordinates. Known and unknown. Did collectively submitted, presented and deployed "Props" for uses inside the file for "PROP # (1)". Posing as official intrinsic evidence. Defendant U.S. Army Sergeant ___. PAYNE **while concealing his identity as a U.S. Military Medical Research Co-conspirator illegally seizing Human Test subjects.** Submitted, presented and deployed PROP # 1. A fake 3yr <u>December 16, 1978</u> U.S. Army Enlistment Contract with special conditions. It makes it appear that this NON-RECRUITABLE Private Citizen was in the U.S. Army from <u>December 16, 1978 to April 15, 1981.</u> It further makes it appear that this NON-RECRUITABLE Private Citizen entered into an agreement with the U.S. Army on December 16, 1978 at the U.S. Military Entrance Processing Station in Jacksonville, Florida. <u>To submit to a routine Corrective Medical Procedure to lower this Private Citizen undescended Left testicle into the scrotum sack where it belonged.</u> On December 16, 1978. At the U.S. Army Entry Station inside the U.S. Military Entrance Processing Station in Jacksonville, Florida.

**23.)** This fake Self-Authenticating document created a " 3 year FAKE LEGAL PROCESS " . Defendants secretly used this Fake legal process from December 16, 1978 to April 15, 1981.

**24.)** This 3 year FAKE Legal Process created a "FILE".

**25.)** From December 16, 1978 to April 15, 1981. The below listed individual entities and individual defendant Policy makers, Supervisors, Operator and Controllers, Directors, Presidents, Commandants, Officers, Sergeants, officials and subordinates'. Known and unknown.    Each did supply and deployed fake self-authenticating documents falsified, fabricated, and manufactured in this Private Citizen name. From their Official Offices. Directly into the above fake file for the above known fake Legal process. For uses as PROPS to make it **falsely** appear there existed a routine Corrective Procedure to lower undescended testicles into the scrotum sack and that this NON-RECRUITABLE Private Citizen had made an agreement with the U.S. Army at the U.S. Military Entrance Processing Station in Jacksonville, Florida. On December 16, 1978. To submit to that Corrective Medical Procedure to lower his undescended left testicle into the scrotum sack on October 23, 1979 at the University of Florida. As a prerequisite for this nonrecruitible Private Citizen acceptance for enlistment in the U.S. Army on December 16, 1978 at the U.S. Military Entrance processing Station in Jacksonville Florida.

**26.)** The below individual State, Private, U.S. Army and U.S. Military Defendant Policy makers, Supervisors, Operator and Controllers, Administrators, Directors, Presidents, Commandants, Officers, Sergeants, and officials <u>themselves</u> officially used the **powers of their office** to daily submit, present, represent, enforce, and usher those Props.

**A.)** Defendant Unknown Commandant at The Department of the Army District Recruiting Command Office; Defendant Kenneth E. Dell The Department of the Army District Recruiting Command office; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian and Defendant(s) Unknown C.I.D. Investigators one and two.

**B.)** Defendant Unknown commandant at the U.S. Military Entrance Processing Station; Defendant Sam C. Atkinson and J.C. Hackenberg U.S. Military Entrance Processing Station Inspection Physical Doctors; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant W. I. Hughe Document Examiner, Defendant Unknown Assistant Document examiner; and defendant(s) Unknown C.I.D. Investigators.

**C.)** Defendant Major Dennis V. Williams Commandant U.S. Army Entry Station inside the U.S. Military Entrance Processing station. Defendant Sergeant ___. Payne U.S. Army Entry Station. Defendant Unknown Record custodian Supervisor U.S. Army Entry Station. Defendant Unknown Assistant Record Custodian U.S. Army Entry Station, and Defendant(s) Unknown C.I.D. Investigators One and two U.S. Army Entry Station.

**E.)** Defendant Unknown Commandant U.S. Army Recruiter Office Gainesville, Florida; defendant Kermit Gray U.S. Army Liaison Officer and defendant(s) Unknown Record Custodian Supervisor and Defendant Unknown Assistant Record Custodian.

**F.)** Defendant University of Florida; Defendant Unknown President University of Florida; Defendant Unknown Director Board of Regents University of Florida; Defendant Unknown Director J. Hillis Miller Health center Univesity of Florida Colleges of medicine; Defendant Unknown Hospital Administator shands teaching Hospital and Clininc's; Defendant Private contractor/Trainee Operator and controller Shands Teaching hospital and Cliinc's Inc; Defendant Unknown Director of Private Corporation/Trainee Operator and controller; Defendant Unknown Operator controller Vocational Rehabilitation Department University of Florida; Defendant David Shaffer Funding agent at the Vocational Rehabilitation department university of Florida; Defendant David M. Drylie, Defendant Birdwell Finlayson; Defendant James Mengas; Defendant Micheall A. Dennis; Defendant constana E. Spangler; Defendant L. Tate; Defendant C. Henson; Defendant J. Kamma; Defendant ___. Depadua; Defendant ____. Mankoff; defendant Unknown Record Custodian Supervisor and defendant Unknown Assistant Record Custodian.

**G.)** Defendant Unknown Commandant at The Department of the Army District Recruiting Command Office in South Carolina; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2)  and Defendant(s) Unknown C.I.D. Investigators one and two.

**H.)** Defendant Unknown Commandant at The Department of the Army District Recruiting Command Office in Georgia Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2)  and Defendant(s) Unknown C.I.D. Investigators one and two.

I.) Defendant Unknown Commandant at The Department of the Army District Recruiting Command Office in Illinois; Defendant Unknown Record Custodian Supervisor;Ilinoisnt Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2)  and Defendant(s) Unknown C.I.D. Investigators one and two.

J.) Defendant Unknown commandant at Fort Jackson South Carolina; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2)  and Defendant(s) Unknown C.I.D. Investigators one and two.

K.) Defendant Unknown commandant at Fort Gordon Georgia; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2)  and Defendant(s) Unknown C.I.D. Investigators one and two.

27.) The collective placement of all of these above Fake "Self Authenticating documents" falsified, fabricated, and manufactured in this Private Citizen name into this known file for this known Fake Legal Process.  From all of these official office(s). Not only fueled this Fake Process. Those acts gave this Fake Legal Process and PROP. It's life and it's Power. The file is not real and nothing the defendants could place inside that file could be real. Everything inside this file is nothing more than a "PROP". Just something for people to see. However, these Props effect ON PEOPLE from December 16, 1978 to April 15, 1981 **is very real.**

### R U S E S   # 1 PROP EFFECT:

28.) Under this December 16 1978 illegal stop and seizure of this Nonrecruitible Private Citizen person. Defendants U.S. Military Inspection Physical doctors  SAM C. ATKINSON AND J.C. HACKENBERG and  Defendant U.S. Army Sergeant __. PAYNE, **while concealing their identity as U.S. Military Medical Researchers and U.S. Military Medical Research Co-conspirators.** Did. Under colors of law. Placed before this Private Citizen a "P R O P" in the form of a Fake 3 year December 16, 1978 U.S. Army Enlistment Contract with the special conditions.  That required this Private Citizen to submit to a corrective medical procedure to lower this Private Citizen undescended left testicle into the scrotum sack where it belonged. This Nonrecruitible Private Citizen **had no reason to know** that this December 16, 1978 U.S Army Enlistment Contract was fake and a mere "PROP" being used to **perpetuate a RUSES** on this 18 year old Private Citizen and all outsiders.

29.) Due to that Prop effect. On December 16, 1978 this Private Citizen filled-out and signed that bogus fake fictitious December 16, 1978 U.S. Army Enlistment contract with special conditions. Because this Private Citizen was induced by the false illusions created by that "PROP". **(See: Sworn affidavit of Plaintiff attached exhibit (a).**

30.) On December 16, 1978 the above U.S. Military Entrance Processing Station inspection physical doctors and the U. S. Army Sergeant. Instructed this plaintiff that they were placing this Private Citizen into the U.S. Army Medical delay entry program pending this Private Citizen completion of this agreement, and ordered this Private Citizen to report to the U.S. Army Recruiter Office in Gainesville Florida.  For all future orders and instructions. Unbeknownst to his Private Citizen this U.S. Army Medical Delay Entry Program was FAKE. Another part of this purposeful ILLUSION.

31.) This Private Citizen did report to the Gainesville, Florida U.S. ARMY RECRUITER OFFICE, as ordered on December 19, 1978. Where this Private Citizen was illegally restrained of his liberties and freedoms. Against his will under PROP # 1. By Medical Research Co-conspirators defendant Unknown Commandant of the Gainesville Florida U.S. Army Recruiter Office, and defendant U.S. Army Liaison Officer Sergeant Kermit Gray. For uses as a "UNWITTING HUMAN TEST SUBJECT". Without this Nonrecruitible Black Private Citizen knowledge or informed consent.At all times during this Fake U.S. Army Medical Delay Entry Program. In particular. From December 19, 1978 to January 15, 1980.

32.) Defendant U.S. Army Sergeant KERMIT GRAY the liaison officer, gave this Private Citizen all future orders and instruction from the above Jacksonville Florida defendants, and did take this Private Citizen to all the appointments and places the defendants in Jacksonville Florida, instructed him too. Including but not limited to the Clandestine Human Experiment.

33.) On December 19, 1978 Defendant Liaison officer U.S. Army Sergeant KERMIT GRAY gave this private citizen a standing order to report to the U.S. Army Recruiter office in Gainesville, Florida every Monday and Friday for all future orders and instructions. During a routine ordered response to the Gainesville, Florida  U.S. ARMY RECRUITER OFFICE on Monday October 22, 1979 defendant U.S. ARMY liaison Officer Sergeant KERMIT GRAY ordered this Private Citizen to report back to the U.S. Army Recruiter office on Tuesday October 23, 1979.

34.) After returning to the GAINESVILLE, FLORIDA U.S. ARMY RECRUITER OFFICE on Tuesday October 23, 1979. Defendant U.S. Army Sergeant KERMIT GRAY did informed this Private Citizen that this Private Citizen was about to *receive the necessary Corrective medical treatment needed to enable this Private Citizen to pass his U.S. Army inspection physical for his induction into the I.I. Army.*

35.) This Private Citizen submit that on October 23, 1979 defendant U.S. Army Sergeant Kermit Gray in full U.S. Army dress code did take this Private Citizen to a hospital. Later identified as J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC in Gainesville Florida. Defendant checked this Private Citizen in and did take this Private Citizen to a upper floor to a Office where defendants David M. Drylie; Birdwell Finlayson, and Micheal A. Dennis was waiting.

36.) Inside this office. This Private Citizen learned that this hospital was purportedly routinely practicing a Manual and a Surgical Corrective Medical Procedure to lower undescended testicles into the scrotum sack. This Private Citizen learned that alleged fact from defendant David M. Drylie the head-overseer of this event. On October 23, 1979 defendant David M. Drylie gave this Private Citizen the choice to choose to undergo

6

either the manual or the surgical corrective medical procedures to lower undescended testicles into the scrotum sack. This Private Citizen chose the manual corrective medical procedure to lower undescended testicles into the scrotum sack.

37.) This Nonrecruitible Private Citizen submit and contend that at all times relevant to this complaint. All of these "State Doctors" concealed from this Nonrecruitible Private Citizen the fact they were **U.S. Military Medical Research Co-conspirators acting on behalf of the U.S. Military** to develop a corrective medical procedure to lower undescended testicles into the scrotum sack where they belonged.

38.) On October 23, 1979 a consent form was presented to this Private Citizen by staff ( Defendants Constana E. Spangler and defendant Professor Micheal A. Dennis ). Although this Private Citizen signed  that consent form to undergo the manual corrective procedure to lower undescended testicles into the scrotum sack. Informed consent was impossible for these reasons:

- A.) The December 16, 1978 U.S. Army Enlistment Contract was known to be bogus fake and fictitious. ( **A mere Prop**).
- B.) This Private Citizen was compelled by the special conditions contained inside in the  Fake December 16, 1978 U.S. Army Enlistment Contract.
- C.) Plaintiff was a Private Citizen.
- D.) Defendants was acting without authority of the law and without jurisdiction over a Private Citizen.
- E.) all documents used during this event was falsified, fabricated and manufactured by the above defendants intentionally for uses as props to manipulate Plaintiff and others. Including but not limited to the consent forms.
- F.) No one told this Private Citizen this was a experiment and he was being used as the Human test subject.

39.) Defendant David M. Drylie instructed defendant Liaison officer Sergeant Kermit E. Gray that he had to first determine whether this Private Citizen was qualified for the Manual Corrective Procedure to Lower undescended testicles into the scrotum sack. Defendant David M. Drylie instructed defendant(s) Birdwell Finlayson and Micheal A. Dennis to conduct a examination on this private citizen lower left-side abdomen to determine whether this private citizen qualified for the manual corrective procedure to lower undescended testicles into the scrotum sack.

40.) Defendants Micheal A. Dennis and defendant Birdwell Finlayson did take take this private citizen to another room where each defendant took turns examining this private citizen lower left side abdominal wall. Each defendant from a kneeling position used the finger-tips of both hands poked and probed for a location in this private citizen lower left-side abdominal wall near the pubic hairline found a location there and each defendant pushed inward and downward with force with the finger tips of both hands in a racking manner several times and stopped. Then returned this private citizen to the same room where defendant(s) David M. Drylie the overseer and defendant Liaison officer U.S. Army Sergeant Kermit Gray was waiting.

41.) This Private Citizen submit and contend that after returning to the room. Both defendants instructed defendant David M. Drylie that this private citizen did qualify for the Manual Corrective Procedure to lower undescended testicles into the scrotum sack. Defendant Birdwell Finlayson stated he could have popped that thing in there himself during his examination.

42.) Defendant David M. Drylie informed defendant Liaison officer U.S. Army Sergeant Kermit Gray that he was going to have this private citizen prepared to undergo the Manual  Corrective Procedure to lower undescended testicles into the scrotum sack. Defendant Liaison Officer U.S. Army Sergeant Kermit Gray ordered this private citizen to co-operate with these fine gentlemen they are some of the best doctors in the world, and act like a soldier. He had to go but he will be constantly monitoring this situation, and then left this private citizen inside J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/ SHANDS TEACHING HOSPITAL AND CLINIC'S with defendant(s) David M. Drylie, Birdwell Finlayson, and Micheal A. Dennis.

43.) On October 23, 1979 Defendant(s) Birdwell Finlayson, Micheal A. Dennis, Nurse Constana E. Spangler, Nurse L. Tate, Nurse C. Henson and several other techs, nurses and staff prepared this private citizen for the Manual corrective procedure to lower undescended testicles into the scrotum sack. This private citizen received chest, stomach, breathing, blood pressure examinations, and other examinations in and around plaintiff pubic hairline. Then was given medication through-out that day and night. That was told to this private citizen that it would make this private citizen muscle tissue relax and thereby prevent this private citizen from undergoing to much pain because they could not put this private citizen to sleep during the manual Corrective Procedure. Defendant unknown Orderly wheel chaired this private citizen around during this process from site to site.

44.) On October 24, 1979 this private citizen was wheel chaired to an elevator and to another floor by defendant unknown orderly and defendant Nurse L. Tate. Who took this private citizen to a room where defendant(s) David M. Drylie, Birdwell Finlayson, Micheal A. Dennis and a fourth State doctor unknown was waiting. This Private Citizen was never told his name and  this private citizen did not see a name tag displayed on him. Inside this complaint this private citizen refer to him as Defendant One Unknown State doctor.

45.) Defendant David M. Drylie the overseer appointed defendant One unknown State doctor to be the person whom would actually perform the alleged Manual Corrective Procedure to lower undescended testicles into the scrotum sack on this private citizen. And he appointed defendant(s) Micheal A. Dennis and Birdwell Finlayson as his supervisors. Defendant David M. Drylie inform this private citizen that he had to go because he had a hospital to run. Defendant David M. Drylie the overseer left this Private citizen with defendant(s) Birdwell Finlayson, Micheal A. Dennis, Defendant One unknown State doctor, Nurse L. Tate and Defendant Unknown Orderly. Where defendant Micheal A. Dennis and defendant Birdwell Finlayson first checked over the medical charts Defendant Unknown nurse L. Tate provided them. Ordered defendant nurse L. Tate and defendant unknown Orderly to leave the room, and then each supervisor personally conducted a quick examination on this Private Citizen lower left-side abdominal wall just around the pubic hairline. Then instructed defendant One unknown State doctor to proceed, and both supervisors then left the room.

7

46.) On the morning of October 24, 1979 this private citizen personally underwent the alleged manual corrective procedure to lower undescended testicles into the scrotum sack for approximately 3 ½ hours at J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC'S in Gainesville, Florida. Defendant One unknown State doctor ordered this private citizen to remain standing and open his hospital gown and back-up against the examination table. From a kneeling position defendant One unknown State doctor poked and probed for a location in this private citizen lower left-side abdomen wall just around the pubic hairline with his finger tips of both hands. Found a location there and did push and shove inward and downwards in a racking manner with the finger tips of both hands with force repeatedly for the next 3 ½ hours including breaks.

47.) Defendant Supervisor Micheal A. Dennis stopped the uses of the Manual Corrective Procedure to lower undescended testicles into the scrotum sack on this private citizen after approximately 3 ½ hours due to this private citizen complaints of unduly pain and discomfort inside this private citizen lower left-side abdomen wall. Defendant Supervisor Micheal A. Dennis cited that they needed to increase the dosage of the medicine they had been giving this private citizen since the morning of October 23, 1979, because this private citizen muscle tissue was too hard and dense, and they will start again in the morning. This private citizen was returned to his room by defendant Nurse L. Tate and defendant unknown orderly. Where this private citizen was treated for pain, given more medicine, and ice packs was placed on this private citizen lower left-side abdomen wall through-out that day and night by Defendant nurses C. Henson, L. Tate, Constana E. Spangler, and several unknown, under the supervision of defendants Birdwell Finlayson, Micheal A. Dennis and several unknown doctors.

48.) On October 25, 1979 a Thursday. Defendant unknown orderly and defendant L. Tate wheel chaired this private citizen to the same floor to the same room from the day before. Defendant(s) Birdwell Finlayson, Micheal A. Dennis and defendant One unknown State doctor was there waiting. On October 25, 1979 defendant Supervisor Micheal A. Dennis and Birdwell Finlayson again reviewed the medical charts provided to them by defendant Nurse L. Tate. Instructed defendant One unknown state doctor to proceed with the uses of the alleged Manual corrective procedure to lower undescended testicles into the scrotum sack on this private citizen. Defendants Unknown Orderly, nurse L. Tate, and the supervisors left this private citizen in the room with defendant One unknown state doctor. Neither one of the supervisors conduct a preliminary examination on this private citizen prior to instructing defendant One Unknown State doctor to proceed.

49.) On the morning of October 25, 1979 this private citizen was again subjected to the alleged Manual Corrective procedure to lower undescended testicles into the scrotum sack for another 1 ½ hours. Defendant One unknown State doctor again instructed this private citizen to remain standing, open his hospital gown, and back-up against the examination table. From a kneeling position. Defendant One unknown State doctor again began to poke and probe for a location in this private citizen lower left-side abdomen wall just around the pubic hairline with the finger tips of both hands, and did find a location there where he began to shove and push inward and downwards with force repeatedly for the next 1 ½ hours with the finger tips of both hands in a racking manner until this private citizen experience a SUDDEN BURST OF EXTREMELY SHOCKING, RIPPING, THROBBING, STINGING, AND NEEDLING PAIN shooting through-out this private citizen abdomen, torso, and down into this private citizen scrotum sack and legs in waves.

50.) Defendant One unknown state doctor left the room for a time period that seemed like forever. But did return with defendant Supervisors Micheal A, Dennis and Birdwell Finlayson, Followed by the head overseer Defendant David M. Drylie; defendant nurses L. Tate, Constana E. Spangler, C. Henson, Defendant unknown orderly, and several other unknowns. Including a unknown doctor later identified as doctor James Mengas. A professor from the Colleges of Medicine at the University of Florida.

51.) Defendant(s) Birdwell Finlayson, Micheal A. Dennis, David M Drylie, and James Mengas each conducted a independent personal examination on this private citizen lower left-side abdomen wall just around that pubic hairline. Each of these doctors personally discovered that defendant one unknown state doctor had already seriously damaged, ruined, and ruptured this private citizen undescended left testicle during the uses of the purported routine Manual Corrective Medical Procedure to lower undescended testicles into the scrotum sack where they belonged. Defendant(s) discovered that defendant one unknown State doctor had physically forced this private citizen undescended left testicle from its natural location and position, it was mobile and floating. Live sperm and biological fluids was then spilling into this private citizen body.

52.) On the morning of October 25, 1979. Defendant(S) Birdwell Finlayson, Micheal A. Dennis, James Mengas and David M. Drylie with-held the vital information exposing the fact this Private Citizen was seriously injured. Defendants' Falsely advised this private citizen that the pain, swelling, and suffering this Private Citizen was undergoing was a natural consequence deriving from the successful completion of the manual corrective procedure to lower undescended testicles into the scrotum sack. The above Defendants doctors/professors then instructed defendant nurse Constana E. Spangler, C. Henson. L. Tate and others to treat this private citizen for the pain, swelling, and discomfort. This private citizen was given shots and medicine. Ice packs was placed on this private citizen lower left-side abdomen wall just around the pubic hairline before this private citizen fell asleep

53.) On the evening of October 25, 1979 This Private Citizen woke-up in a recovery room. Inside J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/ SHANDS TEACHING HOSPITAL AND CLINIC'S on the University of Florida Campus. Surrounded by **defendant U.S. Army Liaison Officer Sergeant KERMIT GRAY;** State Professor/Supervisor(s) DAVID M. DRYLIE; BIRDWELL FINLAYSON; MICHEAL A. DENNIS; and JAMES MENGAS; State nurse(s) CONSTANA E. SPANGLER; L. TATE; C. HENSON; and several unknown doctors and techs. Where defendant DAVID M. DRYLIE personally told this Private Citizen again that the purported manual corrective procedure to lower undescended testicles into the scrotum sack had been successfully completed, and the pain, swelling, and discomfort this Private Citizen was experiencing was a natural result of the successful completion of that Manual Corrective procedure. Defendant David M. Drylie further advised this Private Citizen that he was going to hold this Private Citizen over the weekend to treat this Private Citizen for the pain and swelling and to monitor the rate this Private Citizen undescended testicle descend into this Private Citizen scrotum sack. And that he will discharge this Private Citizen into the custody of defendant U.S. Army Liaison officer Sergeant KERMIT GRAY on Monday morning October 29, 1979.

54.) During that same group meeting in the recovery room. Defendant U.S. Army Liaison Officer Sergeant KERMIT GRAY personally advised this this Private Citizen that this Private Citizen Recruiter Defendant U.S. Army Sergeant ___. PAYNE and this Private Citizen inspection Physical doctors Defendant(s) SAM C. ATKNSON and J.C. HACKENBERG in Jacksonville, Florida had already been up-dated as to the good news. Defendant U.S. Army Liaison Officer Sergeant KERMIT GRAY further advised this Private Citizen that he personally informed them that this Private Citizen went through a rough time but hung in there like a good soldier. Defendant U.S. Army Liaison Officer Sergeant KERMIT GRAY advised this Private Citizen that this Private Citizen Recruiter and Inspection physical doctors sends this Private Citizen their congratulation on a job well done and that he will return on Monday to pick this Private Citizen up.

55.) From October 25, 1979 to October 29, 1979 this Private Citizen remained inside the University Hospital being purportedly treated for the pain and swelling resulting from the alleged successful completion of the manual corrective procedure to lower undescended testicles into the scrotum sack. And for State doctors to monitor the rate this Private Citizen undescended testicle descend into this Private Citizen scrotum sack. Defendant(s) David M. Drylie, Birdwell Finlayson, Micheal A. Dennis, James Mengas, state doctors; State Nurses Defendant(s) Constana E. Spangler, C. Henson, L. Tate and others unknown; and unknown techs and doctors were among the individuals that treated this Private Citizen from Thursday to Monday morning.

56.) On Monday October 29, 1979 Defendant U.S. Army Liaison Officer Sergeant KERMIT GRAY arrive to pick this Private Citizen up. Defendant David M. Drylie in the company of defendant Professor James Mengas and Nurse C. Henson. Personally told defendant U.S. Army Liaison Officer Sergeant KERMIT GRAY IN THIS PRIVATE CITIZEN PRESENCE. That this Private Citizen undescended left testicle was not descending at a normal rate. That could mean that it is just descending slow or there is some unforeseeable additional blockage. But he was still going to discharge this Private Citizen this morning but this Private Citizen will have to take this medicine and keep placing ice packs on his groin and abdomen area until all swelling has gone down. And he has already schedule this Private Citizen for a check-up in a few weeks, but just in case. He has also scheduled this Private Citizen to undergo an alleged minor corrective **surgical** procedure to finish lowering this Private Citizen undescended testicle into the scrotum sack. Because they could not re-use the purported Manual Corrective procedure again due to the asserted fact this private Citizen undescended testicle had already started descending and they did not want to damage it.

57.) On October 29, 1979 on the way home. Defendant U.S. Army Liaison Officer Sergeant KERMIT GRAY personally instructed this Private Citizen that this Private Citizen Recruiter Defendant U.S. Army Sergeant ___. PAYNE and this Private Citizen Inspection Physical doctors Defendant(s) SAM C. ATKINSON and J.C. HACKENBERG about the current medical status of this Private Citizen. And that they had personally ORDERED him to tell this Private Citizen that they hoped ever thing goes well at this Private Citizen check-up. But if the State doctors say this Private Citizen has to undergo the minor corrective surgical procedure to FINISH LOWERING THIS PRIVATE CITIZEN UNDESCENDED LEFT TESTICLE INTO THE SCROTUM SACK. Then they are now ORDERING THIS PRIVATE CITIZEN to undergo the minor corrective surgical procedure to finish lowering THIS Private Citizen undescended left testicle into the scrotum sack. Because this thing has gone on long enough and it has to come to an end so they can send this Private Citizen to the U.S. Army boot-camp.

58.) By November 14, 1979 the ruptured testicle had drained all of its sperm and biological fluids into this Private Citizen body and it had scattered and became un-retrievable. The testicle itself had already drew-up into a lump. On November 14, 1979 defendant U.S. Army Liaison officer Sergeant KERMIT GRAY delivered this Private Citizen into the hands of defendant(s) Unknown President of the University of Florida; Defendant Unknown Director of the board of Regents; Defendant Unknown director of J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC'S. Defendant unknown Hospital administrator at SHANDS TEACHING HOSPITAL AND CLINIC'S. Defendant Unknown Trainee/Director of the Private Corporation SHANDS TEACHING HOSPITAL AND CLINIC'S INC, and their State agents Professor/Supervisor(s) David M.Drylie; Birdwell Finlayson; Micheal A. Dennis; James Mengas; Defendant Nurse(s): Constana E. Spangler; C. Henson; L. Tate; and defendant(s) Hospital Techs: J. Kamma; ___. Depadua; and ___. Mankoff.

59.) On November 14, 1979 when this Private Citizen entered the University hospital this Private Citizen had a lump in his abdomen on the leftside just around the pubic hairline. Defendant State doctors David M. Drylie, James Mengas, Birdwell Finlayson, and Micheal A. Dennis each personally examined the lump in this Private Citizen abdomen and reported that it was mere swollen muscle tissue that will go away. Each defendant knew that the lump was actually this Private Citizen seriously damaged, ruined ruptured undescended left testicle and that it had drew-up and shranked to half its normal size after dumping all of its' live sperm and biological fluids inside this Private Citizen body.

60.) On November 14, 1979. Defendant State doctors David M. Drylie, James Mengas, Birdwell Finlayson, and Micheal A. Dennis. Each personally advised this Private Citizen during that examination that this Private Citizen undescended left testicle has stopped descending, and that meant that they were going to have to use the Surgical corrective procedure to finish lowering this Private Citizen undescended left testicle into the scrotum sack. On November 14, 1979 this Private Citizen personally signed all paper work to authorized the above State doctors to perform a minor corrective surgical procedure to finish lowering this Private Citizen undescended left testicle into the scrotum sack. Because this Private Citizen was under orders to do so.

61.) On November 15, 1979 defendant(s) Professor/Supervisor(s): David M.Dryle; Birdwell Finlayson; Micheal A. Dennis; James Mengas; Defendant One Unknown State doctor; Defendant Nurse(s): Constana E. Spangler; C. Henson; L. Tate; and defendant(s) Hospital Techs: J. Kamma; ___. Depadua; and ___. Mankoff; intentionally invaded this Private Citizen bodily integrity, seized this Private Citizen undescended left testicle, cut-it-out and did destroy it. Solely to prevent this Private Citizen and all outsiders from discovering that defendant States agents had already seriously damaged this Private Citizen undescended left testicle during the previous manual corrective medical procedure on October 25, 1979.

62.) On the morning of November 16, 1979 This Private Citizen woke-up in a recovery room. Inside J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/ SHANDS TEACHING HOSPITAL AND CLINIC'S on the University of Florida Campus. Surrounded by State Professor/Supervisor(s) DAVID M. DRYLIE; BIRDWELL FINLAYSON; MICHEAL A. DENNIS; and JAMES MENGAS; State nurse(s) CONSTANA E. SPANGLER; L. TATE; C. HENSON; and several unknown doctors and techs. Where defendant Micheal A. Dennis personally told this Private Citizen

that while *they were performing the minor corrective surgical procedure to FINISH LOWERING this private Citizen undescended testicle into the scrotum sack*, they had found this Private Citizen undescended left testicle covered in cancerous tumors with whiteheads like cysts. And it was the tumors that was preventing this private Citizen undescended left testicle from descending, and the white heads on the tumors meant that the tumors was about to masticide and spread cancer through-out this Private Citizen body. To prevent this Private Citizen from developing cancer through-out his Right testicle. Penis and lower extremities. They needed permission to cut-out this Private Citizen cancer covered undescended left testicle. So they contact this Private Citizen recruiter and inspection physical doctors in Jacksonville, via emergency room phone and advised them of the fact they found this private Citizen undescended left testicle covered in cancerous tumors and that it was those tumors that was stopping this Private Citizen undescended testicle from descending. Defendant Micheal A. Dennis further advised this Private citizen that this Private Citizen Recruiter and inspection physical doctors in Jacksonville Florida instructed them to cut-out the cancerous covered undescended testicle. Because this Private Citizen was no uses to the U.S. Army dead or dying.

63.) This Private Citizen was sent back to the U.S. Military Entrance Processing Station in Jacksonville, Florida on Phillips Highway for this Private Citizen U.S. Army Inspection Physical on January 15, 1980.

64.) All U.S. Army and U.S. Military defendants above and below did corroborate the State Doctors initial report to this Private Citizen. On January 15, 1980. Defendant U.S. Army Recruiter __. PAYNE; Defendant Major Dennis V. Williams U.S. Army Commandant and Defendant U.S. MILITARY ENTRANCE PROCESSING STATION Inspection Physical doctors SAM. C. ATKINSON and J.C. HACKENBERG convinced this Private Citizen that it was them who instructed State doctors to cut-out this Private Citizen undescended left testicle. Defendants instructed this Private Citizen that State doctors had called them via emergency room phone while *they were performing the minor corrective surgical procedure to FINISH LOWERING this private Citizen undescended testicle into the scrotum sack*, stating they had found this Private Citizen undescended left testicle covered in cancerous tumors with whiteheads like cysts. And it was the tumors that was preventing this private Citizen undescended left testicle from descending, and the white heads on the tumors meant that the tumors was about to masticide and spread cancer through-out this Private Citizen body. Defendants instructed this Private Citizen that it is not that easy to get out of a U.S. Army Enlistment contract. And since this Private Citizen was U.S. Army property. They instructed State doctors to cut-out this Private Citizen undescended left testicle on November 15, 1979 to saved this Private Citizen life because this Private Citizen was no good to the U.S. Army dead or dying. These Defendants collective fraudulent acts and false representations convinced this Private Citizen that he had a prior already existing life threatening medical condition and the defendants had saved this Private Citizen life and this private Citizen U.S. Army career. Defendants' extremely outrageous collective acts above effectively induced this Private Citizen to walk away without a reason to know he had been injured.

65.) On January 15, 1980 the above U.S. Army and U.S. Military inspection physical doctors and recruiters further intentionally falsely advised this Private Citizen that he was still lawfully qualified to pass his U.S. Army Inspection Physical for his induction into the U.S. Army. Although this Private Citizen now only had one testicle.

66.) The above U.S. Army and U.S. Military individual defendants' then used these outrageous intentional acts to make this illegally seized Private Citizen believe their false representations was true. With the assistants of many other unknown **U.S. Military Medical Research Co-conspirators**. At the U.S. Military Entrance Processing Station in Jacksonville Florida; at the Department of the Army District Recruiting Command Office(s) in Jacksonville Florida, Georgia, South Carolina and Illinois; at Fort Gordon, Ga., and at Fort Jackson South Carolina. *Whom did help manufacture this Fake U.S. Army Career.* By collectively subjecting this Private Citizen to a MOCK U.S. Army Induction physical on January 15, 1980. A Mock U.S. Army swearing-in ceremony; followed by a MOCK U.S. Army Basic Training program at Fort Jackson South Carolina; and a Mock U.S. Army Advance Individual Training Program at Fort Gordon, Georgia. And did thereby brainwashed this Private Citizen. Solely to unlawfully induce this Nonrecruitible private Citizen into believing that he was a United States Army Soldier at all times during the time-period between **December 16, 1978 and April 15, 1981**.

67.) This Nonrecruitible Private Citizen submit and contend that he was held against his will in the illegal custody of the U.S. Army for 850 days.(SEE: **Plaintiff exhibit (B)** attached. A copy of a photograph showing that defendants dressed this Private Citizen up in U.S. Army garb to perpetuate this fraudulent scheme on this Private Citizen).

68.) This Nonrecruitible Private Citizen contend that all of these above events are the product of a intentional purposeful illusion created by the above defendants to perpetuate the above greater **outrageous Fraudulent scheme.**

**FACTS Part (C):**
**THE CONCEALMENT OF THAT OUTRAGEOUS FRAUDULENT SCHEME UNDER COLORS OF LAW**

**R U S E S # 2:**

**69.)** Under the guise this Nonrecruitible Private Citizen was a U.S. Military Soldier about to receive the necessary Corrective Medical Treatment needed to enable this Nonrecruitible Private Citizen pass a future U.S. Military Inspection Physical for his induction into the U.S. Military the defendants deployed **SECRET OTHER PROP # 2:**   **From April 16, 1981 to July 18, 2015.** The above State, Private, U.S. Army and U.S. Military individual Defendant Medical Research entities and their individual Defendant Medical Research Policymakers, Operator/Controllers, Supervisors, Commandants, Officers, Officials, Sergeants, Investigators, Record Custodians, Doctors, Nurses, Professors, orderlies and subordinates. Known and unknown did submit, present and deployed PROPS for uses inside the file for PROP # (2)". Posing as official intrinsic evidence. Defendant U.S. Military Medical Researchers SAM C. ATKINSON and J.C. HACKENBERG U.S. Military Entrance Processing Station Inspection Physical doctors, Did secretly  submit, present, and deploy that Prop # 2. From the U.S. Military Entrance Processing Station in Jacksonville, Florida. A fake 4yr December 16, 1978 U.S. Marine Corps Enlistment Contract with special conditions. It falsely makes it appear that this **NON-RECRUITABLE** Private Citizen was at all times during the time period between December 16, 1978 and April 15, 1981 in the United States Marine Corps. It further falsely makes it appear that this **NON-RECRUITABLE** Private Citizen entered into an agreement with the U.S. MARINE CORP and U.S. Military Inspection Physical doctors on December 16, 1978. To undergo a routine OCHETOMY at the University of Florida campus hospital on November 15, 1979. As a prerequisite for this **NON-RECRUITABLE** Private Citizen acceptance for enlistment in the U.S.MARINE CORPS on December 16, 1978 at the U.S. Military Entrance Processing Station. (See  Prop # 2 below) A U.S. Military fake Prior Military History file in this Private Citizen name. It contains:
**A.)** A 3 year Fake U.S. Army Enlistment Contract purportedly predating August 15, 1978. Asserting that this Private Citizen was in the U.S. Army but was converted into a U.S. Marine Corps soldier on December 16, 1978.
**B.)** A 4 year Fake December 16, 1978 U.S. Marine Corps Enlistment Contact with the alleged special conditions that this Private Citizen must submit to an Ochetomy on November 15, 1979 as a prerequisite for this Private Citizen acceptance for enlistment in the U.S. Marine Corps on December 16, 1978.

**70.)** This Fake Self Authenticating documents created  a 4yr Fake legal process. Defendants' secretly used this fake legal process from April 16, 1981 to July 18, 2015.

**71.)** This Fake 4yr Legal Process created a File.

**72.)** From April 16, 1981 to July 18, 2015. The below listed individual entities and individual defendant Policy makers, Supervisors, Operator and Controllers, Directors, Presidents, Commandants, Officers, Sergeants, officials and subordinates'. Known and unknown.      Each did supplied submitted, presented and deployed fake self-authenticating documents falsified, fabricated, and manufactured in this Private Citizen name. From their Official Offices. Directly into the above fake file for the above known fake Legal process. For uses as PROPS to make it **falsely appear** that "ROUTINE OCHETOMIES" was a **routine corrective medical procedure** being routinely conducted by the U.S. Military on 18 year Recruited Soldiers with undescended testicles. To make them qualified to pass a future U.S. Military Inspection Physical for their induction into the U.S. Military. Even though the U.S. Military particularly knew that a "Ochetomy" would permanently take-away these 18 year old recruited soldier sex life forever.
And to further make it **falsely appear** that this 18 year old Nonrecruitible Private Citizen with a undescended testicle. Entered into an agreement with the U.S. Marine Corps and the U.S. Military Inspection Physical Department at the U.S. Military Entrance Processing Station on Phillips Highway in Jacksonville Florida. To undergo that "Routine Ochetomy" at the University of Florida on November 15, 1979. As a prerequisite for this Nonrecruitible Private Citizen **acceptance** for enlistment in the U.S. Marine Corps on December 16, 1978. At the U.S. Military Entrance Processing Station in Jacksonville Florida.

**73.)** The below individual State, Private, U.S. Army and U.S. Military Defendant Policy makers, Supervisors, Operator and Controllers, Administrators, Directors, Presidents, Commandants, Officers, Sergeants, and officials themselves.  Officially used the **powers of their office** to daily submit, present, represent, enforced, and ushered those Props.

**A.)** Defendant Unknown Commandant at The Department of the Army District Recruiting Command Office; Defendant Kenneth E. Dell The Department of the Army District  Recruiting Command office; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian and Defendant(s) Unknown C.I.D. Investigators one and two.
**B.)** Defendant Unknown commandant at the U.S. Military Entrance Processing Station; Defendant Sam C. Atkinson and J.C. Hackenberg U.S. Military Entrance Processing Station Inspection Physical Doctors; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant W. I. Hughe Document Examiner, Defendant Unknown Assistant Document examiner; and defendant(s) Unknown C.I.D. Investigators.
**C.)** Defendant Major Dennis V. Williams Commandant U.S. Army Entry Station inside the U.S. Military Entrance Processing station. Defendant Sergeant ___. Payne U.S. Army Entry Station. Defendant Unknown Record custodian Supervisor U.S. Army Entry Station. Defendant Unknown Assistant Record Custodian U.S. Army Entry Station, and Defendant(s) Unknown C.I.D. Investigators One and two U.S. Army Entry Station.
**E.)** Defendant Unknown Commandant U.S. Army Recruiter Officer Gainesville, Florida; defendant Kermit Gray U.S. Army Liaison Officer and defendant(s) Unknown Record Custodian Supervisor and Defendant Unknown Assistant Record Custodian.
**F.)** Defendant University of Florida; Defendant Unknown President University of Florida; Defendant Unknown Director Board of Regents University of Florida; Defendant Unknown Director J. Hillis Miller Health center Univesity of Florida Colleges of medicine; Defendant Unknown Hospital Administator shands teaching Hospital and Clininc's; Defendant Private contractor/Trainee Operator and controller Shands Teaching hospital and

Cliinc's Inc; Defendant Unknown Director of Private Corporation/Trainee Operator and controller; Defendant Unknown Operator controller Vocational Rehabilitation Department University of Florida; Defendant David Shaffer Funding agent at the Vocational Rehabilitation department university of Florida; Defendant David M. Drylie, Defendant Birdwell Finlayson; Defendant James Mengas; Defendant Michaell A. Dennis; Defendant constana E. Spangler; Defendant L. Tate; Defendant C. Henson; Defendant J. Kamma; Defendant ___. Depadua; Defendant ____. Mankoff; defendant Unknown Record Custodian Supervisor and defendant Unknown Assistant Record Custodian.

G.) Defendant Unknown Commandant at The Department of the Army District Recruiting Command Office in South Carolina; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2) and Defendant(s) Unknown C.I.D. Investigators one and two.

H.) Defendant Unknown Commandant at The Department of the Army District Recruiting Command Office in Georgia Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2) and Defendant(s) Unknown C.I.D. Investigators one and two.

I.) Defendant Unknown Commandant at The Department of the Army District Recruiting Command Office in illinois; Defendant Unknown Record Custodian Supervisor;Ilinoisnt Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2) and Defendant(s) Unknown C.I.D. Investigators one and two.

J.) Defendant Unknown commandant at Fort Jackson South Carolina; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2) and Defendant(s) Unknown C.I.D. Investigators one and two.

K.) Defendant Unknown commandant at Fort Gordon Georgia; Defendant Unknown Record Custodian Supervisor; Defendant Unknown Assistant Record Custodian; Defendant unknown Document examiner (1) and defendant unknown Document examiner (2) and Defendant(s) Unknown C.I.D. Investigators one and two.

74.) The collective placement of all of these above Fake "Self Authenticating documents" falsified, fabricated, and manufactured in this Private Citizen name into this known file for this known Fake Legal Process. From all of these official office(s). Not only fueled this fake Process. Those acts gave this Fake Legal Process and PROP. It's life and it's Power. The file is not real and nothing the defendants could place inside that file could be real. Everything inside this file is nothing more than a "PROP". Just something for people to see. However, these Props effect ON PEOPLE <u>from April 16, 1981 to July 18, 2015</u>. **Is very real**.

## RUSE # 2 PROP EFFECT:

75.) From the outset the defendants used Prop #1. A Fake December 16, 1978 U.S. Army Enlistment Contract in this Private Citizen name with special conditions to implement, facilitate and perpetuate the October 23, 1979 Gainesville Florida Secret Human Experiment at the University of Florida. It resulted in this illegally seized Nonrecruitible Private Citizen sustaining multiple serious injuries, continuing injuries and continuing side-effects. That the above defendants knew or should have known. Especially after the States defendants themselves left a ruptured testicle spilling live sperm and biological fluids inside this Nonrecruitible private Citizen body on October 25, 1979. Until it became unretrievable. That act created a Biological erosive dangerous hazard inside this Private Citizen body.

76.) The defendants then perpetuate the intentional invasion of this Nonrecruitible private Citizen bodily integrity on November 15, 1979 to intentionally seize, cut-out and destroy this Nonrecruitible private Citizen undescended left testicle without his knowledge or informed consent. Solely <u>to prevent</u> this Nonrecruitible Private Citizen from Discovering that the States defendants had already serious damaged and ruptured this Nonrecruitible Private Citizen undescended left testicle on October 25, 1979.

77.) The States defendants act of cutting-out this Private Citizen undescended left testicle on November 15, 1979 did not cure the fact defendants had already created a Biological erosive dangerous hazard inside this Private Citizen body on October 25, 1979. Instead that act created a permanent continuous erosion of this Non recruitible Private Citizen ability to. Have and sustain erections. Form that day up to this day and date. (April 28, 2021).

78.) This Nonrecruitible Private Citizen submit and contend that the defendants then did. Individually and collectively implemented, facilitated and perpetuated the continuous cover-up and concealment of that outrageous scheme and these serious injuries, side-effects and damaged inflicted upon this Private Citizen person by the above State agents. During the above 850 illegal seizure of this Private Citizen person. By deploying **Secret Other Prop # 2**. **The " Fake December 16, 1978 U.S. Marine Corps Enlistment Contract and File "** falsified, fabricated and manufactured in this Nonrecruitible Private Citizen name. Day for day. From April 16, 1981 to July 18, 2015.

79.) This Nonrecruitible Private Citizen submit and contend that this above described cover-up. **Effect**. Thwarted Outside healthcare providers search for the true cause for this Private Citizen medical condition. While the Biological erosive dangerous hazard defendants created inside this private Citizen body. Bored a drainage tunnal through this Private Citizen body and rotted holes inside this private Citizen interior organs. Where that erosion process caused this Nonrecruitible Private Citizen to continuously suffer from continuous bouts with severe nausea, vomiting and spitting-up blood, dehydration, headaches and fever.

80.) This Nonrecruitible private Citizen submit and contend. That Defendants collective continuous publication, circulation and dissemination of Prop # 2. The fake December 16, 1978 U.S. Marine enlistment Contract and File in this Private Citizen name. **Effect**. Continuously concealed the above outrageous fraudulent scheme and this Nonrecruitible Private Citizen true medical condition day for day up to July 18, 2015. It has further caused this Nonrecruitible Private Citizen to be subjected to repeated acts of medical mistreatment and medical maltreatment at the hands of outside healthcare providers. Including but not limited too:

a.) From **1980 to  Late 1988** this Private Citizen suffered from bouts with continuous severe nausea, spitting-up blood, vomiting, dehydration, headaches and fever as the "Biological erosive Fluid and sperm" ate a drainage tunnel through this Private Citizen body requiring surgery in 1988. Outside healthcare providers at Jackson Memorial Hospital then misdiagnosis this Private Citizen medical problem as one deriving from plaintiff consumption of "HOT SAUCE".

b.) From 1988 to 2008 this Private Citizen continued to suffer from bouts with continuous severe nausea, spitting-up blood, vomiting, dehydration, headaches and fever. Outside healthcare providers in Miami, Florida repeatedly misdiagnosis this Private Citizen medical problems as "Food poisoning", "Infections", "stomach virus" and even Ulcers, and did therefore medically mistreated this Private Citizen under those theories.

c.) In December of 2009 this Private Citizen was medically mistreated when outside healthcare providers from the Colleges of Medicine at Jackson Memorial Hospital treated plaintiff suffering from continuous bouts with continuous severe nausea, spitting-up blood, vomiting, dehydration, headaches and fever. With "TUMS".

d.) In 2010 Healthcare Providers from the Colleges of Medicine at JACKSON MEMORIAL HOSPITAL tried to cut-open this Private Citizen chest cavity to patch a hole that had eaten through this Private Citizen stomach. Claiming if this private citizen refuse he would be dead in 24 hours.

e.) In 2011 Healthcare providers from the Colleges of Medicine at JACKSON MEMORIAL HOSPITAL subjected this Private Citizen to "RADIATION TREATMENT" WITHOUT THIS Private Citizen consent due to plaintiff suffering from bouts with continuous severe nausea, spitting-up blood, vomiting, dehydration, headaches and fever.

f.) In July of 2015 Healthcare providers from the Colleges of Medicine at JACKSON MEMORIAL HOSPITAL subjected this Private Citizen to brain surgery for bouts with continuous severe nausea, spitting-up blood, vomiting, dehydration, headaches and fever. Resulting in this Private Citizen being confined to a wheel chair in 2016.

## FACTS Part (D)
### THE ONGOING CONTINUING CONSPIRACY TO COVER-UP AND CONCEAL THAT OUTRAGEOUS FRAUDULENT SCHEME

81.) This Nonrecruitible Private Citizen continue to remain in imminent need of proper and meaningful medical treatment and aftercare today (April 28, 2021) But is unable to obtain proper medical treatment today due to the ongoing outrageous fraudulent acts being actively and currently perpetuated by these defendants today.

82.) In particular. During the above **Cover-up.** This Nonrecruitible Private Citizen submit and contend that he discovered that there existed a unknown malcalculated pre-existing U.S. Military contingency Plan in the form of another SECRET PROP. It was already for uses to be activated and deployed in the future by the U.S. Military Medical Research Co-conspirators within the U.S. Military Community **in the future.** Just in case this Nonrecruitible Private Citizen discovered the fact that defendants had deployed Prop # 2 the FAKE DECEMBER 16, 1978 4 year U.S. MARINE CORPS ENLISTMENT CONTRACT purporting that **this Private Citizen was a U.S. Marine Corps soldier at all times during the time period between December 16, 1978 and April 15, 1981.** This future contingency plan was created and manufactured on January 15, 1980 by defendants Sam C. Atkinson, J. C. Hackenberg and Commandant Dennis V. Williams in collusion with many other U.S. Military unknown Medical Research Co-conspirators. Known only to those defendants at the U.S. Military Entrance processing Station, at the Department of the Army District Recruiting Command Office, at Fort Jackson, at Fort Gordan and at the University of Florida. And. It was these unknown U.S. Military Medical Research Co-conspirators whom intentionally deployed the fake self authenticating documents falsified, fabricate and manufactured in this Private Citizen name. From their Official Offices found inside the file for this Secret Other Prop. Herein after refered to by this plaintiff as SECRET OTHER PROP # 3.

83.) On or about February 27, 2007 This Nonrecruitible Private Citizen himself began a search for the true cause for his serious medical condition. Plaintiff properly requested for his true medical records from the defendant U.S. Military, defendant J. Hillis Miller Health Center University of Florida Colleges of Medicine/Shands Teaching Hospital and cliinics and the Private Corporation SHANDS TEACHING HOSPITAL AND CLINICS INC. Because this Private Citizen had no knowledge as to his true medical condition and therefore could not provide outside health care providers competent information as to his true medical condition.

84.) Although this nonrecruitible Private Citizen informed these defendants that he was very sick. These defendants did individually and collectively. For more than seven years. Tried to force this nonrecruitible Private Citizen. Into accepting their official claim that this Nonrecruitible Private Citizen was a U.S. Marine Corps Soldier from December 16, 1978 to April 15, 1981. And. That this Nonrecruitible Private Citizen had made an agreement with the U.S. Marine Corps and the U.S. Military Inspection Physical doctor on December 16, 1978 to undergo a routine ochetomy at the University of Florida on November 15, 1979. As a prerequisite for this Nonrecruitible Private Citizen acceptance for enlistment in the U.S. Marine Corps on December 16, 1978 at the U.S. Military Entrance processing Station on Phillips Highway. This fake self-authenticating document is secret other Prop # 2. The defendants had already by then used it day for day from April 16, 1981 up to June 14, 2014 to make all outsiders believe that this Private Citizen was a U.S. Marine Corps soldier from December 16, 1978 to April 15, 1981.

85.) However. _This Private Citizen is the only **outsider** out-side this Conspiracy_ **who was there**. This Private Citizen filed complaints. As a U.S. Army Soldier and as a U.S. Army Veteran. At the Department of Veteran Affairs in June of 2014 and at the United States District Court for the Northern District of Florida in Gainesville Florida in November of 2014. In Pro'Se. Due to the conflicts and illusions created by Secret Other Prop #2. **But my pleadings and complaints fell-on deaf ears.** While the defendants themselves covertly, collectively and actively aided their co-conspirators abscond from the jurisdiction of this honorable Court. The defendants collectively dismantled the U.S. Military Entrance processing Station on Phillips Highway. The site of the intentional illegal stop and seizure of this Private Citizen. And the defendants collectively dismantled the Private Corporation SHANDS TEACHING HOSPITAL AND CLINICS INC. The site where this Private Citizen was inflicted with permanent continuing injuries and damages to his person. These **Clear intentional illegal overt acts** are acts in furtherance of

this ongoing continuing Conspiracy. That clearly show defendants collective specific intent to thwart this Nonrecruitible Private Citizen Constitutional Right to and ability to sue those specific defendants in a outside Civilian Court of Law today.

86.) At any rate. What this Private Citizen, The Department of Veteran Affairs and the United States District Court for the Northern District of Florida **did not know**. Then. Is the fact that the **Two different December 16, 1978** self-authenticating documents **( Prop #1 and Prop # 2 )**. That was before the bar of justice. Were in fact **mere** **devices that** defendants' collectively manufactured for uses as **PROPS** to perpetuate continuous **"RUSES"** on all outsiders, this Private Citizen, The United States District Court for the Northern District of Florida, The U.S. Department of Veteran Affairs, All outside Public servants, all outside law enforcement, all outside Civilian Courts and all outside healthcare Providers. Each Prop **casted a Powerful Hypnotic Spell over all outsiders** that **compelled** and **induce** all outsiders into believing the Prop is real. This Private Citizen contend that not one of these " P R O P S " are real. The only thing that is real is the PROPS EFFECT on people. In particular all people outside this Conspiracy whom **came-into-contact-with** any of these PROPS during the above time period believed those PROPS were in fact real. Including but limited to this Private Citizen, The United States District Court for the Northern District of Florida, and the United States Department of Veteran Affairs;

- A.) On December 16, 1978 this Private Citizen was induced into believing that PROP#1 (the Jacksonville Florida December 16, 1978 U.S. ARMY ENLISTMENT CONTRACT WITH SPECIAL CONDITIONS) was real when this Private Citizen *personally signed it* on December 16, 1978 at the U.S. Military Entrance Processing Station in Jacksonville Florida.
- B.) In June of 2014 The United States Department of Veteran Affairs believed that Prop # 2 the Jacksonville Florida 4yr. Fake December 16, 1978 U.S. Marine Corps Enlistment Contract with special conditions was real. When this Private Citizen was adamantly claiming it was not.
- C.) In April of 2015 the United States District Court for the Northern District of Florida in Gainesville, Florida declared that ( Prop #2 ) the Jacksonville Florida 4yr. Fake December 16, 1978 U.S. MARINE CORPS Enlistment Contract with Special conditions was not real. To reach it conclusions of law. Under the belief that Prop # 1 was real.
- D.) In July of 2015 the United States Department of Veteran Affairs then officially declared that Prop # (1) the 3yr. Fake December 16, 1978 U.S. Army Enlistment Contract with special conditions was not real.

87.) **During the above litigation.** This Nonrecruitible Private Citizen was again stricken with another bout with Severe nausea, vomiting and spitting-up blood, dehydration. Headaches and fever that resulted in this Private Citizen being subjected to brain surgery at the hands of healthcare providers from the Colleges of medicine at the University of Miami. At Jackson Memorial Hospital on or about July 18, 2015 in Miami, Florida.

88.) This Private Citizen submit and contend that it was during this time period that the above two different tribunals had already officially declared that both U.S. Military Enlistment Contracts. Prop #1 and Prop # 2 was indeed **"F A K E"**. **Ultimately.** This Nonrecruitible Private Citizen discovered the above rulings rendered by the above two tribunals, and thereafter the above facts and the facts below.

89.) This Nonrecruitible Private Citizen submit and contend that it was these new facts that raised the factual question ? **What was these defendants doing in the illegal custody of a Private Citizen for 850 days?** It was those new facts that propelled this Nonrecruitible Private Citizen on to find-out what was really going on. Ultimately that quest led this Nonrecruitible Private Citizen back to December 16, 1978 **where** this Nonrecruitible Private Citizen was **illegally Stopped** inside the U.S. Military Entrance Processing Station on Phillips Highway and was approached with a fake proposal by Defendant(s) U.S. Army Sergeant __. PAYNE and U.S. MILITARY ENTRANCE PROCESSING STATION Inspection Physical doctors Sam C. Atkinson and J. C. Hackenberg.

90.) This Nonrecruitible Private Citizen submit. That **quest led** this Nonrecruitible Private Citizen to the **only possible** conclusion. That those defendants had intentionally illegally stopped and seized this Nonrecruitible Private Citizen person on December 16, 1978 inside the U.S. Military Entrance Processing Station on Phillips Highway in Jacksonville Florida to trick this Nonrecruitible Private Citizen into signing the above before mentioned two Fake agreements with the U.S. Army and the U.S. Military Inspection Physical Department. And. Those acts were the product of a mere ploy too particularly **enable these defendants too** specifically implement and further the **below** secret greater Fraudulent Scheme. Willfully formed and willfully designed to injure **any** Nonrecruitible Private Citizen whom had entered the U.S. Military Entrance Processing Station on Phillips Highway during this Scheme.

91.) This Nonrecruitible Private Citizen discovered that **in 1978 there existed a ongoing Clandestine Outrageous Scheme in progress at the U.S. Military Entrance Processing Station in Jacksonville Florida on Phillips Highway** and all of the above State, Private, U.S. Army and U.S. Military Medical Research entities and their individual Policymakers, Medical Research Participants and co-conspirators were involved. Where "Nonrecruitible Private Citizens" whom had already been mandatorily ejected from the U.S. Military due to induce and undescended testicle. Was being intentionally **targeted**, stopped, seized and detained **illegally** by the U.S. Military Medical Research co-conspirators. **For** uses as "**HUMAN TEST SUBJECT(S)**" in the **GAINESVILLE FLORIDA Secret Human Experiment(s)** being conducted at the University of Florida to ascertain whether the Professors at the University of Florida Colleges of Medicine could develop a Corrective Medical Procedure to lower undescended testicles into the scrotum sack where they belonged. **Without these Nonrecruitible Private Citizens knowledge or informed consent** and solely **for the U.S. Military benefit**. **All under the guise** these Nonrecruitible Private Citizens was U.S. Military Soldiers about to receive the necessary Corrective Medical Treatment needed to enable these Nonrecruitible Private Citizens to pass a future U.S. Military Inspection physical for their induction into the U.S. Military.

14

92.) This Noncruitible Private Citizen discovered that the defendants collective **Method of Operation** was in fact the tactical deployment and tactical uses of **Fake U.S. Military Enlistment Contracts falsified, fabricated and manufactured in Noncruitible Private Citizen(s) name** for uses as PROPS. To Pose as official intrinsic evidence. To implement that above scheme. To facilitate that above scheme. To perpetuate that above scheme, and **too continuously cover-up that above scheme**.

93.) This Noncruitible Private Citizen discovered that the Fake U.S. Military Enlistment Contract files.  Was filled with Fake Self Authenticating documents falsified, fabricated and manufactured in nonercruitible Private Citizens Name. By the U.S. Military Medical Research Co-conspirators and deployed from those Co-conspirators official offices directly into the known fake file for the FAKE U.S. MILITARY ENLISTMENT CONTRACTS. For uses as "PROPS". To pose as official intrinsic evidence.

94.) This Noncruitible Private Citizen discovered that the specific purpose for the U.S. Military Medical Research Conspirators uses of Fake U.S. Military Enlistment Contracts to perpetuate this Outrageous Fraudulent scheme was to empower the U.S. Military with the ability to **bar outside Civilian Court ability to and right to hear these Noncruitible Private Citizens pleas for help in the future.**

95.) This Noncruitible Private Citizen submit and contend that these FAKE SELF-AUTHENTICATING DOCUMENTS used by these defendants in this case have a permanent continuous shelf-life that actively continue to effect the life of the Private Citizen whom name is contained on the face of those Fake Self-authenticating documents.  For the rest of those Noncruitible Private Citizens natural life and even after their deaths.

96.) In particular. This Noncruitible Private Citizen submit and contend that these Fake **Self-authenticating documents** being used by these defendants operate as a Mask. They specifically camouflage and conceal the above Outrageous Fraudulent scheme, the illegal seizures of these Noncruitible Private Citizens and the serious injuries inflicted upon these Noncruitible Private Citizens person during the illegal seizures. These ongoing overt acts represent clear intentional violations and deprivations of these Noncruitible Private Citizens First Amendment Rights to access to the Court and their 14th Amendment rights to property. Including but not limit*d to this Noncruitible Private Citizen. The Plaintiff in the case at bar.

97.) This illegally seized Noncruitible Private Citizen submit and contend that. Day for day from December 16, 1978 up to and after April 28, 2021 There have existed an ongoing systematic illegal outrageous fraudulent scheme in uses by the above State, Private, U.S. Army and U.S. Military individual Medical Research entities and their individual  Policymakers, Medical Research participants and Medical Research co-conspirators. Specifically targeting this specific Private Citizen. The defendants have individually and collectively used **Fake December 16, 1978** U.S. Military Enlistment Contracts falsified, Fabricate, and manufactured in this particular Noncruitible Private Citizen name. For uses as "PROPS".  To perpetuate continuing "RUSES" on all outsiders, this Private Citizen, The United States District Court for the Northern District of Florida, The U.S. Department of Veteran Affairs, All outside Public servants, all outside law enforcement, all outside Civilian Courts, all outside civilian judges, all outside civilian Lawyers and all outside healthcare Providers.

98.) This Noncruitible Private Citizen submit and contend that All Under the guise this Noncruitible Private Citizen was receiving the necessary corrective medical treatment needed to enable this Noncruitible Private Citizen to pass his future U.S. Marine Corps inspection Physical for his induction into the U.S. Marine Corps. A Secret Other Prop. Prop # 3 was designed on January 15, 1980.  It was designed to serve these defendants in the future.  As the means by in which the defendants would be able too thwart all claims made by this noncruitible Private Citizen in the future.  This Private Citizen submit that the future is now. And. That Secret Other Prop # 3 is a currently pending. It is a fake U.S. Military Prior Military history file in this Private Citizen name.  It contain these **three fake U.S. Military Enlistment Contracts:**

- **A Fake 3year U.S. Army Enlistment Contract predating August 15, 1978**. It purports that this private Citizen was a U.S. Army Soldier from a unknow date prior to August 15, 1978 to December 16, 1978. It further purports that this Private Citizen was released from that Contract on December 16, 1978 and was later converted into a U.S. marine Corps Soldier.
- **A Fake 4 year December 16, 1978 U.S. Marine Corps Enlistment Contract with special conditions**. That purportedly required this Private Citizen to submit to a routine ochetomy on November 15, 1979 at the University of Florida. As a prerequisite for this Noncruitible Private Citizen acceptance for enlistment in the U.S. Marine Corps on December 16, 1978 at the U.S. Military Entrance processing Station on Phillips Highway in Jacksonville Florida. Under the guise this Noncruitible Private Citizen was receiving this necessary corrective medical treatment to enable this Noncruitible Private Citizen to pass his future U.S. Marine Corps inspection Physical for his induction into the U.S. Marine Corps.
- **c.) A Fake 3 year U.S. Army Re-Enlistment Contract**. Purporting that the U.S. Marine Corps released this Private Citizen from that December 16, 1978 U.S. Marine Corps enlistment contract on January 15, 1980. And. Defendant Major Dennis V. Williams the Commandant of the U.S. Army Entry Station inside the U.S. Military Entrance processing Station on Phillips Highway in Jacksonville Florida. Recruited this Noncruitible Private Citizen personally on January 15, 1980.

99.) This Noncruitible Private Citizen submit and contend that  after Prop #1 and Prop # 2 had already been declared fake by the above Tribunals. Within the U.S. Military Community. **Unknown U.S. Military Medical Research Co-conspirators did activate and deployed that above "Secret Other Prop". PROP # 3.** Pursuant to an already existing contingency Plan. These unknown U.S. Military Medical Research Co-conspirator have already Day for day from July 18, 2015 up to and after April 28, 2021 individually and collectively published, circulated and disseminated "Secret Other PROP #3".  To continue to perpetuate this ongoing continuing RUSES on all outsiders.

100.) This Nonrecruitible Private Citizen submit and contend that these Fake December 16, 1978 U.S. Military Enlistment Contract manufactured in this Nonrecruitible Private Citizen name serve only to cover-up and conceal the defendants **initial** intentional illegal stop and seizure of this. Then 18 year old nonrecruitible Private Citizen person inside the U.S. Military Entrance processing station on Phillips Highway in Jacksonville, Florida. Without probable cause. Without a legal cause and without a legal excuse. To trick this 18 year old Nonrecruitible private Citizen into signing the above before mentioned two different fake written agreements with the U.S. Army and the U.S. Military Inspection Physical Department. **It is this Nonrecruitible Private Citizen signing of those fake agreements during that intentional December 16, 1978 illegal stop and seizure of this Nonrecruitible Private Citizen person. That enabled these defendants to activate and apply the above described Outrageous Fraudulent scheme to this nonrecruitible Private Citizen person on December 16, 1978.**

101.) This Nonrecruitible Private Citizen submit and contend that every since that December 16, 1978 illegal stop and seizure. The defendants have used Fake December 16, 1978 U.S. Military Enlistment Contract manufactured in this Private Citizen name to conceal and cover-up each defendants personal and collective participation in that initial intentional December 16, 1978 illegal stop and seizure of this nonrecruitible private Citizen person. Each defendant's personal and collective acts and omissions perpetuated against this illegally seized Private Citizen person. During the continued illegal seizure of this nonrecruitible Private Citizen person. Against his will. For 850 days. And. The resulting substantial serious continuing injuries and damages inflicted upon this Nonrecruitible private Citizen person during that 850 illegal seizure. At the hands of the States Agents at the University of Florida Colleges of Medicine.

102.) This Nonrecruitible Private Citizen submit and contend that it is these ongoing outrageous fraudulent acts described herein and above that have continuously interfered with this nonrecruitible Private Citizen Constitutional right to and his ability to. Sue these above State, Private, U.S. Army and U.S. Military individual Medical Research entities and their individual policymakers, individual medical Research participants and Co-conspirators ( Past and Present ). In an Outside Civilian Court of law for the substantial serious ongoing continuing injuries and damages inflicted upon this Private Citizen person during the above 850 day illegal seizure. At the hands of the above State agents at the University of Florida.

103.) The above <u>defendant Medical Researchers</u> individual and collective continuous uses of Fake Self-authenticating documents falsified, fabricate and manufactured in this Nonrecruitible Private Citizen name for uses as **"PROPS"** to collectively perpetuate this continuous ongoing **ruses** on all outsiders. While the defendants themselves continued to perpetuate the above ongoing intentional continuous violations and deprivation of this illegally seized nonrecruitible Private Citizen Constitutional Rights. Day for day. From December 16, 1978 up to and after April 28, 2021. Demonstrate the defendant Medical Researchers individual and collective cold callous wanton and malicious deliberate indifference for the Constitutional Rights of this <u>illegally seized</u> nonrecruitible Private Citizen and his person.

## SETTLED LAW:

104.) This illegally seized NONRECRUITIBLE Private Citizen contend that the above defendant <u>Medical Research Entities and their individual Policymakers, Medical Research participants and co-conspirators.</u> Individual and collective <u>ongoing</u> continuous acts of using *Fake Self Authenticating Documents* falsified, fabricated and manufactured in this Private Citizen name. For uses as PROPS to perpetuate continuous **Ruses to fool and deceive all outsiders from December 16, 1978 up to and after April 28, 2021 far exceeds the lawfully permitted deceptions** the above **defendant Medical Research Entities** and their individual **Policymakers are "authorized by law"** too:

    a.)   **Use themselves.**
    *b.)*   **To teach to their Trainees' and subordinates for uses.**
    c.)   **Or permit their Trainees' and subordinates to use.**

**Inside Police Departments, Prosecutor Offices, Hospitals, Courts, U.S. Military Tribunals, Archives and other Government and public facilities. (See: <u>State –v- Cayward</u> 552 So2d 971 ( 2ⁿᵈ DCA 1989 ) cert. denied (Fla. 1990).**

105.) This illegally seized Non Recruitible Private Citizen contends that defendant **Medical Researchers** collective ongoing continuous acts described herein and above violate well settled Criminal and Civil law the defendants knew and or should have known:

    **A.) U. S. CONSTITUTION 4ᵀᴴ AMENDMENT. Prohibiting unlawful and unreasonable seiz"es of Private Citizens**

    **B.) TERRY -V- OHIO 392 U.S. 1, 88 S. Ct. 1868 ( 1968 ) Prohibit–ng stops and seizures without probable cause or a legal cause.**

    **C.) Title 18 U.S.C. Sections 241 and 242 makes Criminally liable anyone who Conspire against the Constitutional Rights of a Private Citizen.**

    **D.) Title 42 U.S.C. Section 1983 create a Civil cause for action against any PERSON whom conspire with State Agents to deprive a Private Citizen of his or her Constitutional Rights.**

    **E.) Monroe –v- Pape ____ U.S. _____ ( Supreme Court ____ ); See also and compare in ref to the Cincinnati Radiation Experiments ____ Federal Reporter 2ⁿᵈ _____ ( U.S. 6ᵗʰ Cir 1994 ). A comparative case to ᵗʰe case at bar thaᵗ gives this Honorable Court jurisdiction over all defendants in this case at bar.**

## WELL SETTLE FEDERAL CONSTITUTIONAL RIGHTS:

**106.)** This illegally seized Non Recruitable Private Citizen contends that defendant Medical Researchers collective ongoing continuous acts and omissions described here in and above violated the following clearly established and well settled Federal Constitutional Rights of this Non Recruitable Private Citizen, defendants knew and or should have known:

a.) The Right to be Freedom from U.S. Military/State Unreasonable seizures and detention of Plaintiff person.
b.) The Right to be free from U.S. Military/State sponsored intentional invasions of plaintiff bodily integrity.
c.) The Right to be free from U.S. Military/State sponsored intentional interference with this Private Citizen right to meaningful and proper medical treatment.
d.) Violations of this Private Citizen Right to and ability to continue to use his Undescended left testicle throughout the future without government interference
e.) The Right to be free from U.S. Military/State sponsored intentional interference with plaintiff right to Property.
f.) The Right to be free from U.S. Military/State sponsored intentional interference with plaintiff right to access to court
g.) The Right to be free from the U.S. Military/State sponsored intentional interference with this Private Citizen right to continue to use his own bodily organs throughout the future.
h.) The Right to be free from U.S. Military/State sponsored intentional infliction of extreme mental and emotional distress and anguish upon this Private Citizen Mind and body.
i.) The Right to be free from the U.S. Military/State sponsored intentional destruction of this Private Citizen quality of Life.

## INJURIES & DAMAGES:

**107.)** As a direct and proximate result of the continuous said acts and omissions of the above known and unknown. State, Private, U.S. Army and U.S. Military individual Medical Research entities and their individual Policymakers, Operator/Controllers, Supervisors, Commandants, Officers, Officials, Sergeants, Investigators, Record Custodians, Inspection Physical Doctors, State Doctors, State Nurses, State Professors, State orderlies, other unknown subordinates and co-conspirators. ( Past and present). This illegally seized Nonrecruitible Private Citizen suffered the following injuries and damages:

A.) Violations of this Private Citizen Right to be free from the U.S. Military/State intentional destruction of this Private Citizen quality of Life
B.) Violations of this Private Citizen Right to be free from the U.S. Military/State intentional illegal seizures and detention of his person.
C.) Violations of this Private Citizen Right to be free from U.S. Military/State sponsored Intentional invasions of his bodily integrity.
D.) Violations of this Private Citizen Right to and ability to continue to use his Undescended left testicle throughout the future without government interference.
E.) Violations of this Private Citizen Right to be free from Conspiracies with State Agents to deprive this Private Citizen of his Constitutional Rights;
F.) Violations of this Private Citizen Right to be free from The U.S. Military/State sponsored interference with this Private Citizen right to Meaningful and Proper Medical Treatment.
G.) Violations of this Private Citizen Right to be free from the U.S. Military/State second sponsored intentional invasion of this Private Citizen Bodily integrity to destroy evidence;
H.) Violations of this Private Citizen Right to be free from The U.S. Military/State sponsored intentional Interference with this Private Citizen Right to Access to Court.
I.) Violations of this Private Citizen Right to be free from The U.S. Military/State sponsored intentional Interference with this Private Citizen Right to Property;
J.) Violations of this Private Citizen Right to be free from The U.S. Military/State sponsored intentional Interference with this Private Citizen Right to Substantive and Procedural Due Process of law
K.) Violations of this Private Citizen Right to Equal Protection under the Law.
L.) Violations of this Private Citizen right to be free from The U.S. Military/State sponsored intentional infliction of extreme mental and emotional distress and anguish upon this Private Citizen Mind and body.
M.) Loss 850 days of freedom
N.) Loss undescended left testicle.
O) Loss uses of plaintiff undescended left testicle.
P.) Loss of plaintiff sex life since 1979 due to a Permanent continuing erosion of this Private Citizen ability to have and sustain an erection.
Q.) Permanent scaring.
R.) Permanent disfigurement

**108.)** At all times during these described events the above State, Private, U.S. Army and U.S. Military individual Medical Research entities and individual Medical Research Defendant Policymakers, Operator/Controllers, Supervisors, Commandants, Officers, Officials, Sergeants, Investigators, Record Custodians, Doctors, Nurses, Professors, orderlies, subordinates, known and unknown co-conspirators. Have continuously assisted each other in performing the various acts described and lent their physical presence and the support of their offices during these said events.

# C L A I M S
## 1st Cause for Action
### TITLE 42 U.S.C. SECTION 1983 CLAIM
AGAINST ALL INDIVIDUAL ENTITIES AND INDIVIDUAL DEFENDANTS AS MEDICAL RESEARCHERS AND MEDICAL RESEARCH CO-CONSPIRATORS
### for an __illegal stop and seizure__

**109.)** Plaintiff submit paragraphs <u>1 through 108</u> are incorporated herein as though fully set forth.

**110.)** Under colors of law. Defendants SAM C. ATKINSON, J.C. Hackenberg and Sergeant __. Payne. Did intentionally. Illegally stopped and seized this Nonrecruitible Private Citizen person inside the U.S. Military Entrance Processing Station on Phillips Highway in Jacksonville Florida. On December 16, 1978. After this Nonrecruitible Private Citizen had already been mandatorily ejected from the U.S. Military due to having a undescended left testicle without probable Cause. Without a legal cause or a legal excuse. In collusion Iith the alove State, Privale, U.S. Army Ind U.S. Military individual Medical Research Entities and their individual Policymakers, Medical Researchers and Medical Research Co-conspirators.

**111.)** The defendants' collective acts resulted in violations and deprivations of this nonrecruitable Private Citizen Rights, Privileges and immunities secured under the 4th, 5th, 8th, and 14th Amendments to the United States Constitution. Includin$^g$ but not limited too:

- A.) This Private Citizen right to be free from The U.S. Military/State unlawful and unreasonable Stops, Seizures and Detentions of this Private Citizen person.
- B.) This Private Citizen right to be free from the U.S. Military/ State sponsored intentional interference with this Private Citizen right to substantive and procedural due process of law.
- C.) This Private Citizen right to be free from The U.S. Military/State sponsored intentional obstruction of this Private Citizen fundamental substantive and procedural due process rights to continue to use his Undescended left testicle.
- D.) This Private Citizen right to be free from "Conspiracies" with STATE AGENTS to deprive this Private Citizen of his Constitutional Rights

**Under color of law and without due process.**

## 2nd  Cause for Action
### TITLE 42 U.S.C. SECTION 1983, 1985(2) AND 1985(3) CLAIM
AGAINST ALL INDIVIDUAL ENTITIES AND INDIVIDUAL DEFENDANTS AS MEDICAL RESEARCHERS AND MEDICAL RESEARCH CO-CONSPIRATORS
### For participating in a Ongoing __Continuing Conspiracy to deprive this private Citizen of his Constitutional Rights__

**112.)** Plaintiff submit paragraphs <u>1 through 108</u> are incorporated herein as though fully set forth.

**113.)** Under colors of law. Each of the above State, Private, U.S. Army and U.S. Military Medical Research Entities, their individual Medical Research Policymakers, their individual Medical Research Participants and Co-conspirators. (Past and Present) in collusion. Have individually and collectively  actively participated in a ongoing continuing Conspiracy to deprive this private Citizen of his Constitutional Rights by continuously and actively participating in a ongoing Outrageous Fraudulent scheme under color of law. To daily and actively continuously use **"RUSES AND PROPS"** day for day from December 16, 1978 up to and after April 28, 2021. To  actively conceal and cover-up each defendants' individual and collective participation in the December 16, 1978 intentional illegal stop and seizure of this Nonrecruitible Private Citizen person inside the U.S. Military Entrance Processing Station on Phillips Highway in Jacksonville, Florida. After this Nonrecruitible Private Citizen had already been mandatorily ejected from the U.S. Military due to having a undescended left testicle. Without probable cause, without a legal cause or a legal excuse. Each Defendants individual and collective participatiol in the continuous illegal seizure of this private citizen person against his will for 850 days and the resulting substantial serious continuing injuries and damages inflicted upon this Nonrecruitible Private Citizen person during said 850 day illegal seizure by the above States agents at the University of Florida.

**114.)** The defendants' individual and collective above intentional Outrageous fraudulent acts violate Title 42.U.S.C Sections 1983, 1985(2), 1985(3) and actively continue to deprive this Nonrecruitable Private Citizen of his rights, privileges and immunities secured under the 1st, 4th, 5th, 8th, and 14th Amendments to the United States Constitution. Includin$^g$ but not limited to:

- A.) This Private Citizen right to be free from U.S. Military/State unlawful and unreasonable seizures and Detention of this Private Citizen person
- B.) Violations of this Private Citizen Right to and ability to continue to use his Undescended left testicle throughout the future without government interference.
- C.) This Private Citizen right to be free from the U.S. Military/ State sponsored intentional invasions of this Private Citizen bodily integrity.
- D.) This Private Citizen right to be free from "Conspiracies" with STATE AGENTS to deprive this Private Citizen of his Constitutional Rights

- E.) This Private Citizen right to be free from The U.S. Military/State sponsored intentional interference with this Private Citizen right to meaningful and proper Medical treatment.
- F.) This Private Citizen right to be free from the U.S. Military/ State sponsored continued intentional interference with this Private Citizen right to substantive and procedural due process of law.
- G.) This Private Citizen right to be free from the U.S. Military/ State sponsored intentional invasion of this private Citizen bodily integrity to seize and destroy evidence inside this private Citizen body.
- H.) This Private Citizen right to be free from the U.S. Military/State sponsored interference with this private Citizen right to access to the Court.
- I.) This private Citizen right to be free from U.S. Military/State sponsored interference with this Private Citizen right to property.
- J.) This Private Citizen Right to be free from the U.S. Military/State sponsored intentional destruction of this Private Citizen quality of Life.
- K.) This Private Citizen right to be free from the U.S. Military/State sponsored ongoing continuous intentional infliction of extreme mental and emotional distress and anguish upon this private Citizen mind and body.
- L.) This Private Citizen right to equal protection under the law

**Under color of law and without due process.**

### Count # 3 INTENTIONAL FRAUD
TORT CLAIM AGAINST ALL INDIVIDUAL ENTITIES AND INDIVIDUAL DEFENDANTS AS MEDICAL RESEARCHERS AND MEDICAL RESEARCHERS CO-CONSPIRATORS

**115.)** Plaintiff submit paragraphs <u>1 through 108</u> are incorporated herein as though fully set forth.

**116.)** By participating in the uses of a FAKE SELF-AUTHENTICATING DOCUMENT falsified, fabricated and manufactured in this Private Citizen name. For uses as a PROP to mask and conceal their intentional illegal seizure of this Private Citizen person from December 16, 1978 to April 15, 1981 for uses as a unwitting test subject in a SECRET HUMAN EXPERIMENT without this Private Citizen knowledge or informed consent. Each Defendant perpetrated an Intentional Fraud upon this Private Citizen person.

**117.)** As a result of defendants Intentional Fraud, plaintiff suffered damages as aforesaid.

### Count #4  INTENTIONAL BATTERY
TORT CLAIM AGAINST ALL INDIVIDUAL ENTITIES AND INDIVIDUAL DEFENDANTS AS MEDICAL RESEARCHERS AND MEDICAL RESEARCHERS CO-CONSPIRATORS

**118.)** Plaintiff submit paragraphs <u>1 through 108</u> are incorporated herein as though fully set forth.

**119.)** By participating in the uses of a FAKE SELF-AUTHENTICIATING DOCUMENT falsified, fabricated and manufactured in this Private Citizen name. For uses as a PROP to compel this Private Citizen to participate in their SECRET HUMAN EXPERIMENTS  from October 23, 1979 to October 25, 1979 at the University of Florida. Without this Private Citizen knowledge or informed consent. Each Defendant committed an Intentional BATTERY on this Private Citizen.

**120.)** As a result of defendants Intentional BATTERY, plaintiff suffered damages as aforesaid.

### COUNT # 5
### TITLE 42 U.S.C. SECTION 1983 OFFICIAL POLICY CLAIM AGAINST ALL INDIVIDUAL ENTITIES AND INDIVIDUAL DEFENDANTS AS MEDICAL RESEARCHERS AND MEDICAL RESEARCHERS CO-CONSPIRATORS

**121.)** Plaintiff submit paragraphs <u>1 through 120</u> are incorporated herein as though fully set forth.

**122.)** From December 16, 1978 to APRIL 28, 2021.  The defendant DEPARTMENT OF THE ARMY DISTRICT RECRUITING COMMAND OFFICE. The Defendant U.S. MILITARY ENTRANCE PROCESSING STATION. The Defendant U.S. ARMY RECRUITER OFFICE GAINESVILLE FLORIDA. The Defendant University of Florida ; The defendant J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC'S,  the VOCATIONAL REHABILITATION DEPARTMENT UNIVERSITY OF FLORIDA  and The defendant Private Corporation SHANDS TEACHING HOSPITAL AND CLINIC'S INC a State Trainee. Individually and collectively developed and maintained continuous active policies, practices, and or customs exhibiting a deliberate indifference for the Constitutional rights of all persons in Gainesville, Florida, The State of Florida and in the United States of America. Which caused the violations of Plaintiff CHRISTOPHER TERRY SHORTER Constitutional Rights.

**123.)** From December 16, 1978 to APRIL 28, 2021. It has been the ongoing active policy, practice and or custom of the above defendants to deploy and use Fake Self-authenticating documents for uses as "Props". To implement, facilitate, perpetuate and cover-up unauthorized medical procedures done on unsuspecting Private Citizens. And to implement, facilitate, perpetuate the continuous cover-up of those injuries inflicted upon those Private Citizens during those unauthorized medical procedures.

**124.)** Defendants' Policy makers at DEPARTMENT OF THE ARMY DISTRICT RECRUITING COMMAND OFFICE. At the U.S. MILITARY ENTRANCE PROCESSING STATION. At the U.S. ARMY RECRUITER OFFICE GAINSEVILLE FLORIDA. At the University of Florida. At J. HILLIS MILLER HEALTH CENTER UNIVERSITY OF FLORIDA COLLEGES OF MEDICINE/SHANDS TEACHING HOSPITAL AND CLINIC'S, at the VOCATIONAL REHABILITATION DEPARTMENT UNIVERSITY OF FLORIDA and at the Private Corporation SHANDS TEACHING HOSPITAL AND CLINIC'S INC. Intentionally trained their Subordinates how to deploy PROPS in the form of fake self-authenticating documents falsified, fabricated and manufactured in a Private Citizen name to conduct unauthorized medical procedures on unsuspecting Private Citizens, and how to deploy fake self-authenticating documents for uses as PROPS to cover-up their illegal acts.

**125.)** Defendant Policy Makers ongoing policies provide  inadequate supervision and training of their subordinates including the defendants herein. And fail to adequately discourage further constitutional violations on the part of their subordinates. Defendant Policy makers do not require appropriate training or re-training of its subordinates whom they personally  know have engaged in the deployment of fake self-authenticating documents for uses as Props and the uses of  fake self-authenticating documents for uses as Props to cover-up illegal acts perpetuated against Private Citizens.

**126.)** As a result of the above described policies, practices and or customs in usage by the above defendant Policymakers for more than 16,077 consecutive days. The defendants subordinates including the defendants mentioned herein and above. Believed that their actions would not be properly investigated or reported by policy makers or supervisory officers and their misconduct would indeed be continuously tolerated.

**127.)** The above described policies, practices, and or customs of the defendant Policymakers at DEPARTMENT OF THE ARMY DISTRICT RECRUITING COMMAND OFFICE. At the U.S. MILITARY ENTRANCE PROCESSING STATION. At the U.S. ARMY RECRUITER OFFICE GAINSEVILLE FLORIDA. The University of Florida. At J. Hillis Miller Health Center University of Florida Colleges of Medicine/Shands Teaching Hospital and Clinic's. At the VOCATIONAL REHABILITATION DEPARTMENT UNIVERSITY OF FLORIDA  and  at the Private Corporation SHANDS TEACHING HOSPITAL AND CLINIC'S INC.  Demonstrate a deliberate indifference for the Constitutional rights of all Private Citizens within the City of Gainesville, Florida, The State of Florida and the United States of America. And defendants collective underline ongoing acts are the cause of the violations of Plaintiff's constitutional rights mentioned herein.

### RELIEF REQUESTED:

**WHEREFORE,** the plaintiff request that this honorable Court GRANT PLAINTIFF THE FOLLOWING RELIEF:

a.) Award compensatory damages to plaintiff against Each Entity; Each individual defendant Policy maker, Supervisor, Operator and Controller, Administrators, Director, President, Commandant, Officer, Sergeant, and Official in their official capacities in the amount of $2,850,000.00 thousand dollars plus taxes and interest for each cause of action 1 THRU 2.

b.) Award compensatory damages to plaintiff against Each Entity; Each individual defendant Policy maker, Supervisor, Operator and Controller, Administrators, Director, President, Commandant, Officer, Sergeant, and Official in their individual capacities in the amount of $2,850,000.00 thousand dollars plus taxes and interest for Each Cause of action 1 THRU 2

c.) Award compensatory damages against each individual subordinate defendant in their own official capacity in the amount $2,850,000.00 dollars plus taxes and interest for the 1 THRU 2  cause for action.

d.) Award compensatory damages against each individual subordinate defendant in their own individual capacity in the amount $2,850,000.00 dollars plus taxes and interest for the 1 THRU 2  cause for action.

e.) Award compensatory damages against each individual defendant Policy maker, Supervisor, Operator and Controller, Administrators, Director, President, Commandant, Officer, Sergeant, official and subordinate in the amount $500,000.00 dollars plus taxes and interest for counts 3 and 4.

f.) Award compensatory damages to plaintiff against Each Entity in the amount of $100,000,000.00 Million dollars plus taxes and interest for count 5.

g.) Award Punitive damages to plaintiff against the Private Corporation SHANDS TEACHING HOSPITAL AND CLINIC'S INC and each individual defendant Policy maker, Supervisor, Operator and Controller, Administrators, Director, President, Commandant, Officer, Sergeant, and Official in their own individual capacities in the amount of $1,850,000.00. Million dollars plus taxes and interest  for this action.

h.) Award plaintiff an order declaring defendants are Medical Researchers engaged in a active ongoing LAWLESS PROCESS.

i.) Award plaintiff a permanent injunction ordering defendant Medical Researchers to stop and decease uses of said active ongoing Lawless process.

j.) Award cost of this Action to the plaintiff.

k.) Award reasonable Attorney fees on all counts.

l.) Award such other relief as this Court may deem PROPER AND JUST.

The plaintiff hereby demands a jury trial.
Date: 4/ 28 / 2021

The Plaintiff

By _____

Counsel of record:

**In the State of FLORIDA**
**In the County of ALACHUA**

### <u>SWORN AFFIDAVIT OF THIS PRIVATE CITIZEN IN SUPPORT OF THIS COMPLAINT</u>

Plaintiff **CHRISTOPHER TERRY SHORTER** hereby swear under oath and the penalty of perjury that the contents of this complaint is true and correct and is based upon my own personal knowledge and belief. In Lieu of a notary public I affix my signature below in attestation of the above oath on this 28th day of APRIL 2021

S/

Signature of Affaint: Mr. CHRISTOPHER TERRY SHORTER
Mailing address: 11142 LENOX DRIVE
HAMPTON, GEORGIA 30228